**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| IN RE: | I | |
| | I | 20-13103-MAM |
| **Hals Realty Associates LP** | I | |
| **DEBTOR.** | I | JUDGE:    **Mindy A. Mora** |
| | I | |
| | I | **CHAPTER 11** |
| | I | |

**CHAPTER 11 TRUSTEE'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

**FOR THE PERIOD**

**FROM 08/01/2020 TO 08/31/2020**

Comes now Michael Goldberg, as Chapter 11 Trustee of the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Debtor and FRBP 2015.

Trustee's Address:

Michael Goldberg, Trustee for Hals Associates LP

350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301
954-463-2700

/s/ Eyal Berger

Attorney for Trustee's Signature

Attorney's Address and Phone Number
Eyal Berger
Akerman LLP
350 E Las Olas Blvd, Suite 1600
Fort Lauderdale, FL 33301
954-463-2700

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Debtor Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Debtor Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**FOR THE PERIOD BEGINNING 08/01/2020 AND ENDING 08/31/2020**

Name of Debtor: **Hals Realty Associates LP**    Case Number: **20-13103-MAM**
Date of Petition: 3/5/2020

| | | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|---|
| 1. | | **FUNDS AT BEGINNING OF PERIOD** *(Note 1)* | 2,890,486.21 (a) | $ | 2,141,208.54 (b) |
| 2. | | **RECEIPTS:** | | | |
| | A. | Revenue | 131,427.94 | | 682,975.45 |
| | | Net Cash Sales | 131,427.94 | | 682,975.45 |
| | B. | Accounts Receivable | - | | - |
| | C. | Other Receipts *(See MOR-3)* | 6.85 | | 422,505.94 |
| | | (If you receive rental income, you must attach rent roll.) | | | |
| 3. | | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | 131,434.79 | | 1,105,481.39 |
| 4. | | **TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 3,021,921.00 | | 3,246,689.93 |
| 5. | | **DISBURSEMENTS** | | | |
| | A. | Advertising | - | | - |
| | B. | Bank Charges | - | | - |
| | C. | Contract Labor | - | | - |
| | D. | Fixed Asset Payments (not incl. in "N") | - | | - |
| | E. | Insurance | - | | 5,770.00 |
| | F. | Inventory Payments | - | | - |
| | G. | Leases | - | | - |
| | H. | Manufacturing Supplies | - | | - |
| | I. | Office Supplies | - | | - |
| | J. | Payroll | - | | - |
| | K. | Professional Fees (Accounting & Legal) | - | | - |
| | L. | Rent | - | | - |
| | M. | Repairs & Maintenance | 320.00 | | 320.00 |
| | N. | Secured Creditor Payments *(See Attach. 2)* | 27,334.45 | | 172,983.34 |
| | O. | Taxes Paid - Payroll | - | | - |
| | P. | Taxes Paid - Sales & Use | 6,181.69 | | 39,381.43 |
| | Q. | Taxes & Licenses | - | | - |
| | R. | Telephone & Internet | - | | - |
| | S. | Travel & Entertainment | - | | - |
| | Y. | U.S. Trustee Quarterly Fees | - | | 1,625.73 |
| | U. | Utilities | - | | - |
| | V. | Other Business Expense | - | | 60.68 |
| | W. | Other Disbursements *(See MOR-3)* | - | | 38,463.89 |
| 6. | | **TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 33,836.14 | | 258,605.07 |
| 7. | | **ENDING BALANCE (Line 4 Minus Line 6)** | $ 2,988,084.86 (c) | $ | 2,988,084.86 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of September 2020

_____
Michael Goldberg, as Chapter 11 Trustee

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**Note 1:** An adjustment was made to the reported beginning balance as of the petition date to account for the certificates of deposits ("CDs"). The previous monthly operating reports identified the CDs on Attachment 4D, but did not include the funds on the Schedule of Receipts and Disbursements.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Love Realty Walking Street LLC | $ | - | $ 38,463.89 |
| Hal Realty (DB #4546) | | - | 95,370.32 |
| Furr Cohen - Debtor's funds held in trust | | - | 287,825.40 |
| Interest Income from CDs | | 6.85 | 846.33 |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| **TOTAL OTHER RECEIPTS** | $ | 6.85 | $ 422,505.94 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.)  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| - | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Love Realty Walking Street LLC | | - | 38,463.89 |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| **TOTAL OTHER DISBURSEMENTS** | $ | - | $ 38,463.89 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement. \*\***

**\*\*The Trustee is maintaining the books and records on a cash basis, therefore there is no balance sheet and the income statement reflects the receipts and disbursements per the MOR**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  **Hals Realty Associates LP**          Case Number:   **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

ACCOUNTS RECEIVABLE AT PETITION DATE:          N/A

### ACCOUNTS RECEIVABLE RECONCILIATION
(include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $ 152,373 | (a) |
| PLUS: Current Month New Billings | $ - | |
| MINUS: Collections During the Month | $ - | (b) |
| PLUS/MINUS: Adjustments of Write-offs | $ - | * |
| End of Month Balance | $ 152,373 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
June AR was not recognized

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ - | $ 17,367 | $ 17,367 | $ 117,638 | $ 152,373 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Tourneau | 2/18/2020 | Tenant remitting partial paymemt. due to Covid-19 |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **Hals Realty Associates LP**          Case Number: **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $          - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| TOTAL AMOUNT | | | | $          -  (b) |

☐ Check here is pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):**

| | | |
|---|---|---|
| Opening balance | $          - | (a) |
| PLUS: New Indebtedness Incurred This Month | $          - | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $          - | |
| PLUS/MINUS: Adjustments | $          - | * |
| Ending Month Balance | $          - | (c) |

*For any adjustments provided explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Bank of America | 8/20/2020 | 27,334.45 | 0 | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ 27,334.45  (d) | | |

(a) This number is carried from last month's report. For the first report only, this number will be zero.
(b,c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3

## INVENTORY AND FIXED ASSET REPORT

Name of Debtor: **Hals Realty Associates LP**          Case Number: **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                    **N/A**
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | - (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory | |
|---|---|---|---|---|---|
| 100.00% | 0.00% | 0.00% | 0.00% = | | 100% * |

*Aging Percentages must equal 100%
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                **N/A**        (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only): _____

| | | |
|---|---|---|
| **FIXED ASSETS RECONCILIATION:** | | |
| Fixed Asset Book Value at Beginning of Month | $ | 649,839 (a)(b) |
| MINUS: Depreciation Expense | $ | - |
| PLUS: New purchases | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Ending Monthly Balance | $ | 649,839 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:        **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:     Iberia Bank                                        BRANCH:

ACCOUNT NAME:   Hals Realty Associates                    ACCOUNT NUMBER:   6243

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 143,583.11 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | -    * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 143,583.11  **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                          Case Number:          **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

NAME OF BANK:             Iberia Bank                          BRANCH:

ACCOUNT NAME:            Hals Realty Associates

ACCOUNT NUMBER:                                          6243

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $          - |

**ATTACHMENT 4B**

### MONTHLY SUMMARY OF BANK ACTIVITY

Name of Debtor:  **Hals Realty Associates LP**                                            Case Number:        **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  **Bank of America**                                            BRANCH:

ACCOUNT NAME:  **Hals Realty Associates LP**                        .  ACCOUNT NUMBER:  **0435**

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 979,404.74 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 979,404.74  **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
        (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:                    **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

NAME OF BANK:                    **Bank of America**                    BRANCH:

ACCOUNT NAME:                    **Hals Realty Associates LP**

ACCOUNT NUMBER:                    **0435**

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $           - |

ATTACHMENT 4C

MONTHLY SUMMARY OF BANK ACTIVITY

Name of Debtor:  **Hals Realty Associates LP**                                          Case Number:        **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    **City National bank**                                          BRANCH:

ACCOUNT NAME:  **Hals Realty Associates LP**                              ACCOUNT NUMBER:                        **1273**

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 305,515.24 |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 305,515.24 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:

( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $                    - | Transferred to Payroll Account |
| $                    - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:          **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

NAME OF BANK:              **City National bank**                BRANCH:

ACCOUNT NAME:            **Hals Realty Associates LP**

ACCOUNT NUMBER:       **1273**

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|-------|---------|--------|
| 8/19/2020 | | Fla Dept Revenue | Sales Tax | 6,181.69 |
| 8/24/2020 | 1002 | Bank of America | Mortgage | 27,334.45 |
| 8/25/2020 | 1001 | Armando Chavez | Lawn Maintenance | 320.00 |
| TOTAL | | | | $   33,836.14 |

**ATTACHMENT 4D**

**INVESTMENTS ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements. *(Note 1)*

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| CD - FCB xx6965 | $          - | $          - | | $        61,759.84 |
| CD - IB xx3039 | | | | 518,545.94 |
| CD - IB xx6865 | | | | 967,705.62 |
| CD - IB xx8400 | | | | 11,570.37 |
| TOTAL | | | | $     1,559,581.77  (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/ Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | $          - | $          - | $          - |
| | | | |
| | | | |
| TOTAL | | $          -  (b) | |

**For any Petty Cash Disbursement over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $          1,559,581.77  (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Note 1:** Account statements were not made available.  The reported account value was provided by the banks' representatives.

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:    **Hals Realty Associates LP**          Case Number:    **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                  $        -

ATTACHMENT 7

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

| | | | |
|---|---|---|---|
| Name of Debtor: | **Hals Realty Associates LP** | Case Number: | **20-13103-MAM** |

Reporting Period beginning 08/01/2020 and ending 08/31/2020

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy     Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Westchester Fire Insurance Co | 561-622-2550 | D42248976002 | Property | 11/02/20 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151026975 | Flood | 10/14/20 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261809 | Flood | 08/15/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261808 | Flood | 08/15/21 | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Name of the Debtor:   **Hals Realty Associates LP**                    Case Number:   **20-13103-MAM**

Reporting Period beginning 08/01/2020 and ending 08/31/2020

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (*attach closing statement* ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.

Attach any relevant documents.

# City National Bank
### Bci FINANCIAL GROUP



## Client Service

 **Online**
citynational.com

 **CityTel**
1-800-762-CITY (2

 **Your Banking Center**
Private Client Group
P.O. Box 025620
Miami, FL 33102-5620

**Telephone**
305-577-7336
800-435-8839

23955 1 AV 0.386                                              P:23955 / T:77 / S:

 **Your Banking Center Hours**
Lobby:        Monday - Friday:        8:30am - 5:00pm



HALS REALTY ASSOCIATES LIMITED PARTNER
SHIP BANKRUPTCY DEBTOR IN POSSESSION
MICHAEL I GOLDBERG
CASE NO:20-13103-MAM
350 E LAS OLAS BLVD STE 1600
FT LAUDERDALE FL 33301-4247



For additional locations
and hours, please visit
citynational.com

 **Member FDIC**

 **EQUAL HOUSING LENDER**

## Bankruptcy

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX1273 | Beginning Balance: | $286,789.72 |
| Last Statement: | July 31, 2020 | Ending Balance: | $305,515.24 |
| This Statement: | August 31, 2020 | Average Ledger Balance: | $296,569.76 |
| | | Low Balance: | $279,234.41 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | 286,789.72 |
| 08-10 | Deposit | 26,280.83 | | 313,070.55 |
| 08-19 | Fla Dept Revenue C01 134939502 | | 6,181.69 | 306,888.86 |
| 08-24 | Check # 1002 | | 27,334.45 | 279,554.41 |
| 08-25 | Check # 1001 | | 320.00 | 279,234.41 |
| 08-31 | Deposit | 26,280.83 | | 305,515.24 |
| 08-31 | Ending totals | 52,561.66 | 33,836.14 | 305,515.24 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 08-25 | 320.00 | 1002 | 08-24 | 27,334.45 |

* Skip In Check Sequence

---

### NOTICE

During a routine audit, we found that the Special Checking Account and Interest Checking Account were not being charged for checks cashed, as per our schedule of fees.

We will resume charging those fees as of October 1, 2020.

For details, please visit citynational.com to review the Disclosure & Schedule of Fees for Personal Accounts.

---

**Join us on social media!**



---

Continued on the next page

 

**City National Bank is pleased to be considered for the Daily Business Review's "Best Of" list.**

We would be honored if you would vote for City National Bank in questions 20 through 26.

**VOTE** You can complete the entire survey or simply vote in these categories. Voting deadline is September 11, 2020.

Vote by visiting https://www.surveymonkey.com/r/BestofDBR2020 or by using the QR code.

 WE INVITE YOU TO VOTE.



| Outstanding checks, withdrawals and debits: | | | | Bank balance shown on this statement: | _____ |
|---|---|---|---|---|---|
| **Number** | **Description** | **Amount** | | **Add +** | |
| | | $ | | Deposits not credited on this statement (if any) | _____ |
| | | | | | _____ |
| | | | | | _____ |
| | | | | | _____ |
| | | | | | _____ |
| | | | | **Total** | _____ |
| | | | | | |
| | | | | **Subtract – outstanding items** | _____ |
| **Total** ⇒ | $ | | ⇒ **Balance*** | | _____ |

*This balance should agree with your checkbook balance after deducting service charge (if any) or adding interest (if any) shown on this statement.

### In Case of Errors or Questions About Your Electronic Funds Transfer on a Consumer Account:

Contact your local City National Bank banking center, or for lost check card call us at 1-800-762-2489 24-hours a day or write us (City National Bank, c/o E.F.T. Department, P.O. Box 025606, Miami, Florida 33102-5606) as soon as possible. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you **no later than 60 days after we sent you the FIRST statement** on which the error or problem appeared. (1) Tell us your name and account number, (2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information, and (3) tell us the dollar amount of the suspected error and the date the transaction occurred. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this and this is a consumer account, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### Consumer Lines of Credit Finance/Interest Charge Calculation Information:

City National Bank calculates FINANCE/INTEREST CHARGES on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. These daily finance charges are added together to determine the finance charge for the billing cycle. To get the "daily balance" we take the beginning balance of your account each day of the billing cycle, add any new advances, and subtract any payments made or credits issued and any unpaid interest or other finance charges.

### In Case of Errors or Questions About Your Line of Credit Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at City National Bank, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606 or call (305) 577-7343 or call toll free 1-800-230-0332 as soon as possible. We must hear from you **no later than 60 days after we sent you the first bill on which the error or problem appeared.** Telephoning us will not preserve your rights. In your letter, please provide: (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount your question.

---

**Important - for Repurchase Agreements:**
**Investment products are not insured by the FDIC or by any federal government agency. They are not a deposit or other obligation of, or guaranteed by, City National Bank or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.**

---

**Access your account(s) 24 hours a day via online banking, mobile apps and with CityTel by calling 800-762-CITY or 856-470-1000.**



EQUAL HOUSING LENDER



 **BANK OF AMERICA**
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

AJ 0910 0  484 574        03206 #@01 AV 0.389

HALS REALTY ASSOCIATES LP
DEBTOR IN POSSESSION CASE
NO 20-13103-MAM ACCOUNT
411 S COUNTY RD STE 201
PALM BEACH, FL  33480-6714

# Your Business Advantage Checking

for August 1, 2020 to August 31, 2020

Account number: ███████0435

**HALS REALTY ASSOCIATES LP      DEBTOR IN POSSESSION CASE      NO 20-13103-MAM ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2020 | $944,670.50 | # of deposits/credits: 2 |
| Deposits and other credits | 34,734.24 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $972,121.75 |
| **Ending balance on August 31, 2020** | **$979,404.74** | [1]Includes checks paid,deposited items&other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2020 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



 **BANK OF AMERICA**

**Your checking account**

PRIVATE BANK

**HALS REALTY ASSOCIATES LP  |  Account #** ████ **0435  |  August 1, 2020 to August 31, 2020**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/20 | TOURNEAU     DES:PAYABLES  ID:014573 INDN:HALS REALTY ASSOCIATES  CO ID:1208540199 PPD | 17,367.12 |
| 08/10/20 | TOURNEAU     DES:PAYABLES  ID:014573 INDN:HALS REALTY ASSOCIATES  CO ID:1208540199 PPD | 17,367.12 |

**Total deposits and other credits** **$34,734.24**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 944,670.50 | 08/05 | 962,037.62 | 08/10 | 979,404.74 |

This page intentionally left blank

# IBERIABANK 

**STATEMENT OF ACCOUNT**

Date 8/31/20                    Page 1 of 2



իկ.|.|.սալ.||.|||||||.||.||||||.|.|.|||.||
29587 119041 **AUTO5-DIGIT 33401 R P3 T75
HALS REALTY ASSOCIATES
029587  C/O WALKING STREETS
PO BOX 2528
PALM BEACH FL 33480


029587

 

**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

**24-hr Online Banking**
**iberiabank.com**

## FREE BUSINESS CHECKING

|  |  |
|---|---|
| Previous Balance | 73,170.24 |
| 1 Deposits/Credits | 70,412.87 |
| Checks/Debits | .00 |
| Service Charge | .00 |
| Interest Paid | .00 |
| Current Balance | 143,583.11 |

**ACCOUNT NUMBER ******6243**

|  |  |
|---|---|
| Statement Dates | 8/03/20 thru 8/31/20 |
| Days this Statement Period | 29 |
| Average Ledger Balance | 109,590.69 |
| Average Collected Balance | 109,590.69 |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/17 | PAYMENT  JPMORGAN CHASE B | 70,412.87 |
|  | CCD  HALS REALTY ASSOCIATES |  |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 8/03 | 73,170.24 | 8/17 | 143,583.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

0000194

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT | | |
|---|---|---|
| **No.** | **$** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have
use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account
used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up
all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily
periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the
billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account
and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate
the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ-
ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than
or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to
make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically
deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed
to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch
office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We
must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount
  in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as
  delinquent or take any action to collect the amount you question.

# WRIGHT
Wright National Flood Insurance Company

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

7/27/20
2000 11523 FLD  RGLR

## FLOOD DECLARATIONS PAGE
### RENEWAL

| Policy Number | NFIP Policy Number | Product Type: Standard Policy |
|---|---|---|
| 09 1151261809  05 | 1151261809 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 8/15/20 To: 8/15/21 12:01 am Standard Time | 07/27/2020 | 0144908 | 87044947852014 |

Agent (561)622-2550
CELEDINAS INSURANCE GROUP
4400 PGA BLVD STE 1000
PALM BEACH GARDENS FL 33410-6563

HALS REALTY ASSOC LP
PO BOX 2528
PALM BEACH FL 33480-2528

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
401 S COUNTY RD, PALM BEACH FL 33480

## Rating Information

Original New Business Effective Date: 8/15/2014

Flood Risk/Rated Zone: AE

Grandfathered: No

Building Occupancy: Business Non-Residential
Primary Residence: N
Condo Type: N/A
Community #: 120220          Map Panel/Suffix: 0583 F
Community Rating: 07 / 15%     Program Status: Regular
Community Name: PALM BEACH, TOWN OF

Number of Floors: Two Floors
Building Indicator: Non-Elevated
Basement/Enclosure/Crawlspace:
No Basement
Elevation Difference: 0

| Coverage | Deductible | Annual Premium |
|---|---|---|
| BUILDING                     $500,000 | $5,000 | $2,940.00 |
| CONTENTS   NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |
| | ANNUAL SUBTOTAL: | $2,940.00 |
| | DEDUCTIBLE DISCOUNT/SURCHARGE: | -      $368.00 |
| | ICC PREMIUM: | $6.00 |
| | COMMUNITY RATING DISCOUNT: | -      $387.00 |
| | SUB-TOTAL: | $2,191.00 |
| | RESERVE FUND ASSESSMENT: | $394.00 |
| | PROBATION SURCHARGE: | $0.00 |
| | FEDERAL POLICY SERVICE FEE: | $50.00 |
| | HFIAA SURCHARGE: | $250.00 |

### THIS IS NOT A BILL

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify
the WYO company for this policy within 60 days
of any changes in the servicer of this loan.

The above message applies only when there
is a mortgagee on the insured location.

Premium Paid by: Insured

TOTAL WRITTEN PREMIUM AND FEES:          $2,885.00

## Special Provisions:
This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III.  Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Please refer to the policy for complete terms, conditions, and exclusions. A full, digital copy of your flood policy form is available at www.wrightflood.com/policyforms.html. The form which applies to your policy coverage is: General Property Form

No Additions and Extensions

## Forms and Endorsements:
WFL 99.415 1117 1117     FFL 99.310 0120 0120     WFL 99.116 0614 0614

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

Patricia Templeton-Jones, President



09 1151261809   05

Agent (561)622-2550
CELEDINAS INSURANCE GROUP
4400 PGA BLVD STE 1000
PALM BEACH GARDENS FL 33410-6563

First Mortgagee
Loan 1335909
BANK OF AMERICA NA
ISAOA
FL9-400-04-36
PO BOX 40329
JACKSONVILLE FL 32203-0329

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.
Claims Information:
Please contact your agent or go to www.wrightflood.com to enter your claim as well as
receive important information to mitigate the damage to your property.  If you need to
reach the insurance company the number is 1-800-725-9472.



0144908091151261809202090᠒         00002

Insured

**WRIGHT**

Wright National Flood Insurance Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

7/27/20

## Wright National Flood Insurance Company
## Privacy Statement

09  1151261809    05                                                           8/15/20
2000 11523 FLD   RGLR

**Revised: January 1, 2020**

This Privacy Statement explains our privacy practices, including how we use your non-public personal information ("Personal Information") and to whom it is disclosed. We may amend this Privacy Statement from time to time consistent with applicable privacy laws.

Wright National Flood Insurance Company and its affiliates, Wright National Flood Insurance Services, LLC, DBA Wright Flood Insurance Services, LLC in California, and Wright National Flood Insurance Services of New York, LLC, member companies of The Wright Insurance Group, LLC, follow the privacy practices described in this Privacy Statement. Depending on the business they perform, these affiliates may also share information as described below.

### We may collect Personal Information about you from the following sources:

- Information we receive from you on applications or other forms we receive from you or your authorized representative, such as your name, address, social security number, tax identification number, asset information and income information;

- Information about your transactions with us or the services being performed by, us, our affiliates or others, such as information concerning your policy, premiums, payment history, information about your home or other real property, information from lenders and other third parties involved in such a transaction, account balances, credit card numbers and payment histories;

- Information we receive from you through our internet websites, such as your name, address, email address, Internet Protocol address, the website links you used to get to our site(s) and the pages viewed while at our site(s); and

- Information we receive from consumer or other reporting agencies.

### Protection of the Confidentiality and Security of Your Personal Information

We maintain physical, electronic and procedural safeguards designed to protect your Personal Information from unauthorized access or intrusion. We limit access to the Personal Information to those employees who need such access in connection with providing products or services to you or for other legitimate business purposes.

### Sharing of Personal Information

We do not disclose Personal Information about our customers or former customers to anyone, except as permitted by law. We do not share information we collect from consumer or credit reporting agencies with our affiliates or others without your consent unless such disclosure is otherwise permitted by law.

Consistent with applicable law, we may nevertheless provide all or some of the Personal Information described above (excluding information we receive from consumer or other credit reporting agencies) to the following individuals and companies:

- to our affiliates, including insurance companies and agents to provide you with services you have requested or as otherwise permitted under applicable law;

- to insurance agents, brokers, representatives, support organizations or others:

  - to the extent necessary to provide you with services you have requested, so long as the above entities and persons agree not to further disclose your Personal Information except to the extent necessary to carry out the requested service on your behalf;

  - to enable us to detect or prevent criminal activity, fraud, material misrepresentation or nondisclosure in connection with an insurance transaction; and



01449080911512618092020901              00002                        01700

Insured

- in connection with performing an insurance transaction for you;

- to third-party contractors or service providers for the purpose of determining your eligibility for an insurance benefit or payment and/or provide you with services you have requested; and

- to an insurance regulatory authority, or a law enforcement or other governmental authority.

### Sharing of Personal Information With Service Providers

We may share some or all of the Personal Information (excluding information we receive from consumer or other credit reporting agencies) that we collect about you with nonaffiliated third parties to provide services or functions on our behalf pursuant to a contractual agreement prohibiting the third party from disclosing or using your Personal Information other than to carry out the purposes for which we disclosed the Personal Information. Such services may include the marketing of financial products or services offered pursuant to agreements between one or more financial institutions.

### Right to Opt Out of Information Sharing With Nonaffiliated Parties Other Than As Permitted By Law

Under certain circumstances not applicable here, financial institutions are required to offer consumers the right to "opt out" of the sharing of Personal Information with nonaffiliated parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt out" opportunity does not apply to you.

### For Residents of California, New Mexico and Vermont:  Your Authorization Is Required Prior To The Sharing of Your Information With Nonaffiliated Third Parties Other Than As Permitted By Law

Under certain circumstances not applicable here, financial institutions are required to obtain your authorization ("opt in") prior to sharing your Personal Information with nonaffiliated third parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt in" opportunity does not apply to you.

### Right to Access Your Personal Information and Ability To Correct Errors Or Request Changes Or Deletion

As required by applicable law, we will afford you the right to access your Personal Information, under certain circumstances to find out to whom your Personal Information has been disclosed, and request correction or deletion of your Personal Information. Where permitted by law, we may charge a reasonable fee to cover the costs incurred in responding to such requests. All requests must be made in writing to the following address:

**Privacy Compliance Officer**
**Wright National Flood Insurance Company**
**801 94th Avenue North - Suite 110**
**St. Petersburg, FL 33702**

**Compliance@weareflood.com**
**1-800-820-3242, ext 7777**

01449080911512618092020901          00002                    Insured

**WRIGHT**
Wright National Flood Insurance Company

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FLOOD001 0519
4836830
7/27/20
2000 11523 FLD  RGLR

## FLOOD DECLARATIONS PAGE
RENEWAL

| Policy Number | NFIP Policy Number | Product Type: Standard Policy |
|---|---|---|
| 09 1151261808  05 | 1151261808 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 8/15/20 To: 8/15/21 12:01 am Standard Time | 07/27/2020 | 0144908 | 87044947842014 |

Agent (561)622-2550
CELEDINAS INSURANCE GROUP
4400 PGA BLVD STE 1000
PALM BEACH GARDENS FL 33410-6563

HALS REALTY ASSOC LP
PO BOX 2528
PALM BEACH FL 33480-2528

Property Location (if other than above)                 Address may have been changed in accordance with USPS standards.
411 S COUNTY RD, PALM BEACH FL 33480

### Rating Information

Original New Business Effective Date: 8/15/2014

Flood Risk/Rated Zone: A07

Grandfathered: No

Building Occupancy: Business Non-Residential
Primary Residence: N
Condo Type: N/A
Community #: 120220        Map Panel/Suffix: 0003 C
Community Rating: 07 / 15%     Program Status: Regular
Community Name: PALM BEACH, TOWN OF

Number of Floors: Two Floors
Building Indicator: Non-Elevated
Basement/Enclosure/Crawlspace:
No Basement
Elevation Difference: 0

| Coverage | Deductible | Annual Premium |
|---|---|---|
| BUILDING            $500,000 | $5,000 | $2,940.00 |
| CONTENTS   NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |
| | ANNUAL SUBTOTAL: | $2,940.00 |
| | DEDUCTIBLE DISCOUNT/SURCHARGE: | -   $368.00 |
| **THIS IS NOT A BILL** | ICC PREMIUM: | $6.00 |
| | COMMUNITY RATING DISCOUNT: | -   $387.00 |
| **DEAR MORTGAGEE** | SUB-TOTAL: | $2,191.00 |
| The Reform Act of 1994 requires you to notify | | |
| the WYO company for this policy within 60 days | RESERVE FUND ASSESSMENT: | $394.00 |
| of any changes in the servicer of this loan. | PROBATION SURCHARGE: | $0.00 |
| **The above message applies only when there** | FEDERAL POLICY SERVICE FEE: | $50.00 |
| **is a mortgagee on the insured location.** | HFIAA SURCHARGE: | $250.00 |
| Premium Paid by: Insured | TOTAL WRITTEN PREMIUM AND FEES: | $2,885.00 |

### Special Provisions:

This policy covers only one building.  If you have more than one building on your property, please make sure they are all covered. See III.  Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Please refer to the policy for complete terms, conditions, and exclusions.  A full, digital copy of your flood policy form is available at  www.wrightflood.com/policyforms.html. The form which applies to your policy coverage is: General Property Form

No Additions and Extensions

### Forms and Endorsements:

WFL 99.415 1117 1117     FFL 99.310 0120 0120     WFL 99.116 0614 0614

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President



01449080911512618082020902              00001              01699

Insured

FPL99.001 0519
4836830
7/27/20

09 1151261808   05

Agent (561)622-2550
CELEDINAS INSURANCE GROUP
4400 PGA BLVD STE 1000
PALM BEACH GARDENS FL 33410-6563

First Mortgagee
Loan 1335909
BANK OF AMERICA NA
ISAOA
FL9-400-04-36
PO BOX 40329
JACKSONVILLE FL 32203-0329

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.
Claims Information:
Please contact your agent or go to www.wrightflood.com to enter your claim as well as
receive important information to mitigate the damage to your property.  If you need to
reach the insurance company the number is 1-800-725-9472.



01449080911512618082020902            00001

Insured

# WRIGHT

WFAN National Flood Insurance Company
A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

2310  0120
4836830
7/27/20

## Wright National Flood Insurance Company
## Privacy Statement

8/15/20

09 1151261808      05
2000 11523 FLD  RGLR

**Revised: January 1, 2020**

This Privacy Statement explains our privacy practices, including how we use your non-public personal information ("Personal Information") and to whom it is disclosed. We may amend this Privacy Statement from time to time consistent with applicable privacy laws.

Wright National Flood Insurance Company and its affiliates, Wright National Flood Insurance Services, LLC, DBA Wright Flood Insurance Services, LLC in California, and Wright National Flood Insurance Services of New York, LLC, member companies of The Wright Insurance Group, LLC, follow the privacy practices described in this Privacy Statement. Depending on the business they perform, these affiliates may also share information as described below.

### We may collect Personal Information about you from the following sources:

- Information we receive from you on applications or other forms we receive from you or your authorized representative, such as your name, address, social security number, tax identification number, asset information and income information;

- Information about your transactions with us or the services being performed by, us, our affiliates or others, such as information concerning your policy, premiums, payment history, information about your home or other real property, information from lenders and other third parties involved in such a transaction, account balances, credit card numbers and payment histories;

- Information we receive from you through our internet websites, such as your name, address, email address, Internet Protocol address, the website links you used to get to our site(s) and the pages viewed while at our site(s); and

- Information we receive from consumer or other reporting agencies.

### Protection of the Confidentiality and Security of Your Personal Information

We maintain physical, electronic and procedural safeguards designed to protect your Personal Information from unauthorized access or intrusion. We limit access to the Personal Information to those employees who need such access in connection with providing products or services to you or for other legitimate business purposes.

### Sharing of Personal Information

We do not disclose Personal Information about our customers or former customers to anyone, except as permitted by law. We do not share information we collect from consumer or credit reporting agencies with our affiliates or others without your consent unless such disclosure is otherwise permitted by law.

Consistent with applicable law, we may nevertheless provide all or some of the Personal Information described above (excluding information we receive from consumer or other credit reporting agencies) to the following individuals and companies:

- to our affiliates, including insurance companies and agents to provide you with services you have requested or as otherwise permitted under applicable law;

- to insurance agents, brokers, representatives, support organizations or others:

  - to the extent necessary to provide you with services you have requested, so long as the above entities and persons agree not to further disclose your Personal Information except to the extent necessary to carry out the requested service on your behalf;

  - to enable us to detect or prevent criminal activity, fraud, material misrepresentation or nondisclosure in connection with an insurance transaction; and



- in connection with performing an insurance transaction for you;

- to third-party contractors or service providers for the purpose of determining your eligibility for an insurance benefit or payment and/or provide you with services you have requested; and

- to an insurance regulatory authority, or a law enforcement or other governmental authority.

## Sharing of Personal Information With Service Providers

We may share some or all of the Personal Information (excluding information we receive from consumer or other credit reporting agencies) that we collect about you with nonaffiliated third parties to provide services or functions on our behalf pursuant to a contractual agreement prohibiting the third party from disclosing or using your Personal Information other than to carry out the purposes for which we disclosed the Personal Information. Such services may include the marketing of financial products or services offered pursuant to agreements between one or more financial institutions.

## Right to Opt Out of Information Sharing With Nonaffiliated Parties Other Than As Permitted By Law

Under certain circumstances not applicable here, financial institutions are required to offer consumers the right to "opt out" of the sharing of Personal Information with nonaffiliated parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt out" opportunity does not apply to you.

## For Residents of California, New Mexico and Vermont:  Your Authorization Is Required Prior To The Sharing of Your Information With Nonaffiliated Third Parties Other Than As Permitted By Law

Under certain circumstances not applicable here, financial institutions are required to obtain your authorization ("opt in") prior to sharing your Personal Information with nonaffiliated third parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt in" opportunity does not apply to you.

## Right to Access Your Personal Information and Ability To Correct Errors Or Request Changes Or Deletion

As required by applicable law, we will afford you the right to access your Personal Information, under certain circumstances to find out to whom your Personal Information has been disclosed, and request correction or deletion of your Personal Information. Where permitted by law, we may charge a reasonable fee to cover the costs incurred in responding to such requests. All requests must be made in writing to the following address:

**Privacy Compliance Officer**
**Wright National Flood Insurance Company**
**801 94th Avenue North - Suite 110**
**St. Petersburg, FL 33702**

**Compliance@weareflood.com**
**1-800-820-3242, ext 7777**



Insured