UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

HALS REALTY ASSOCIATES LIMITED PARTNERSHIP,

Case No.: 20-13103-MAM

Chapter 11

Debtor.
_____/

## NOTICE OF FILING BUDGET

Undersigned counsel hereby gives notice of the filing of attached Cash Collateral Budget and the comparison of actual against projections for the prior cash collateral budget with respect to Trustee's request for further use of cash collateral in this bankruptcy case pursuant to the Order Granting Debtor's Emergency Motion to Use Cash Collateral of Bank of America N.A., on an Interim Basis entered on July 28, 2020 *(ECF No. 106)*.

Dated: September 18, 2020

Respectfully submitted,

  /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar Number: 011069
eyal.berger@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone:  (954) 463-2700
Fax:  (954) 463-2224

*Counsel for Michael I. Goldberg, Ch 11 Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below service list.

By: /s/ *Eyal Berger*
Eyal Berger, Esq.

**SERVICE LIST**

**20-13103-MAM Notice will be electronically mailed to:**

Paul A Avron, Esq. on behalf of Creditor S.M.S. Co.
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Eyal Berger, Esq. on behalf of Accountant Soneet Kapila
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Eyal Berger, Esq. on behalf of Trustee Michael Goldberg
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jeffrey D Fisher, Esq on behalf of Creditor Love Family II LLC
eservice@fphlegal.com

Jeffrey D Fisher, Esq on behalf of Creditor Love Family LLC
eservice@fphlegal.com

Robert C Furr, Esq on behalf of Debtor Hals Realty Associates Limited Partnership
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com

Michael I Goldberg, Esq on behalf of Trustee Michael Goldberg
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Laudy Luna, Esq. on behalf of Creditor BANK OF AMERICA, N.A.
ll@lgplaw.com, de@lgplaw.com

- 3 -

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
ombankruptcy@mayorbankruptcy.com, legalservices@pbctax.com;rgroff@cinlegal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul Steven Singerman, Esq on behalf of Creditor S.M.S. Co.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

**20-13103-MAM Notice will not be electronically mailed to:**

Alan Barbee
1400 Centrepark Blvd #860
West Palm Beach, FL 33401

Larry Bernstein
1580 Ocean Avenue
Brooklyn, NY 11230

Howard DuBosar
3010 N. Military Trail, Suite 210
Boca Raton, FL 33431

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**3 Month Budget: October 1, 2020 through December 31, 2020** *(Note 1)*

**Source:** Discussions and historical data provided by management.

|  | Notes | 10/31/2020 | 11/30/2020 | 12/31/2020 | Total |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Rent | 2 | $ 131,428 | $ 131,428 | $ 131,428 | $ 394,284 |
| *Total Revenue* | | 131,428 | 131,428 | 131,428 | 394,284 |
| **Operating Expenses** | | | | | |
| Mortgage | | 32,100 | 32,100 | 32,100 | 96,300 |
| Sales Tax | 3 | 7,500 | 7,500 | 7,500 | 22,500 |
| Real Estate Tax | 4 | - | 375,000 | - | 375,000 |
| Insurance | | 75,000 | - | - | 75,000 |
| Other / Contingency | | 5,000 | 5,000 | 5,000 | 15,000 |
| *Total Operating Expenses* | | 119,600 | 419,600 | 44,600 | 583,800 |
| **Chapter 11 Bankruptcy Expenses** | | | | | |
| Professional Fees | 5 | - | 150,000 | - | 150,000 |
| U.S Trustee Fees | 6 | 1,625 | - | - | 1,625 |
| *Total Chapter 11 Bankruptcy Expenses* | | 1,625 | 150,000 | - | 151,625 |
| **Net cash flow (deficit)** | | $ 10,203 | $ (438,172) | $ 86,828 | $ (341,141) |
| Beginning cash balance available for operations | 7 | 1,401,405 | 1,411,608 | 973,436 | 1,401,405 |
| Net cash flow (deficit) | | 10,203 | (438,172) | 86,828 | (341,141) |
| **Ending cash balance available for operations** | | $ 1,411,608 | $ 973,436 | $ 1,060,264 | $ 1,060,264 |
| Restricted cash | 8 | 1,559,582 | 1,559,582 | 1,559,582 | 1,559,582 |
| Available cash from operations | | 1,411,608 | 973,436 | 1,060,264 | 1,060,264 |
| **Total ending cash balance** | | $ 2,971,190 | $ 2,533,018 | $ 2,619,846 | $ 2,619,846 |

**SEE ACCOMPANYING NOTES**

Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors
Page 1 of 2

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Notes - 3 Month Budget: October 1, 2020 through December 31, 2020**

**Source:** Discussions and historical data provided by management.

| No. | Description |
|---|---|
| 1 | The Trustee from time to time makes written or oral forward-looking statements concerning expectations, beliefs, plans, objectives, future events or performance and underlying assumptions and other statements that are not historical facts.  These statements are "forward-looking statements."  Generally, the inclusion of the words "believe", "could", "should", "estimate", "expect", "intend", "anticipate", "will", "plan", "target", "forecast" and similar expressions identify statements that constitute "forward-looking statements."  All statements addressing developments that the Trustee expects or anticipates will occur in the future, including statements relating to values, future financial condition, assets, real property and timing of their disposition, as well as statements expressing optimism or pessimism about future results, are forward-looking statements.<br><br>The forward-looking statements are based upon the Trustee's then-current views and assumptions regarding future developments and are applicable only as of the dates of such statements.  By their nature, all forward-looking statements involve risks and uncertainties.  The Trustee assumes no obligation to update or review any forward-looking information to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information, whether as a result of new information, future events or otherwise.  There can be no assurance that the Trustee has correctly identified and appropriately assessed all factors affecting the Company and its assets.  For these reasons, you are cautioned not to place undue reliance on any forward-looking statements. |
| 2 | The gross rental income was derived from historical collections from March 5, 2020 through June 30, 2020 and includes sales tax.  Rental income is generated from three tenants based on their current leases. |
| 3 | Sales tax is due on the 20th of each month for the previous month. |
| 4 | Real estate taxes were estimated based on the taxes paid in 2019. |
| 5 | Administrative expenses for the Trustee and his professionals are estimated at $50,000 per month.  Professional fees are expected to be paid when fee apps are filed in subsequent months. |
| 6 | The fees due to the US Trustee is payable quarterly and based on the monthly operating reports filed with the Bankruptcy Court. The first payment will be due in October 2020. |
| 7 | The bank balance is comprised of the available cash as of September 16, 2020 in Iberia bank account ending 6243, Bank of America account ending 0434, and City National Bank account ending 1273. |
| 8 | The Debtor maintains four certificates of deposits at two financial institutions and the funds are not available without incurring fees and penalties.  The accrued interest has not been calculated.  The four certificates of deposits are as follows:<br>1) First Citizen Bank account ending 6965 - Value: $61,735 - Maturity Date: 09/19/2020<br>2) Iberia Bank account ending 3039 - Value: $518,546 - Maturity Date: 10/12/2020<br>3) Iberia Bank account ending 6865 - Value: $966,884 - Maturity Date: 05/01/2022<br>4) Iberia Bank account ending 8400 - Value: $11,570 - Maturity Date: 10/02/2020 |

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO.  20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Actual v. Budget: August 1, 2020 through September 16, 2020** *(Note 1)*

**Source:** Discussions and historical data provided by management.

| | Notes | Aug-20 Budget | Aug-20 Actual | Aug-20 Variance ($) Budget v Actual | Aug-20 Variance (%) Budget v Actual | Sep-20 (Note 2) Budget | Sep-20 Actual | Sep-20 Variance ($) Budget v Actual | Sep-20 Variance (%) Budget v Actual | Cumulative Budget | Cumulative Actual | Cumulative Variance ($) Budget v Actual | Cumulative Variance (%) Budget v Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Rent | 3 | $ 114,000 | $ 131,428 | $ 17,428 | 15% | $ 114,000 | $ 34,734 | $ (79,266) | -70% | $ 228,000 | $ 166,162 | $ (61,838) | -27% |
| *Total Revenue* | | 114,000 | 131,428 | 17,428 | 15% | 114,000 | 34,734 | (79,266) | -70% | 228,000 | 166,162 | (61,838) | -27% |
| **Operating Expenses** | | | | | | | | | | | | | |
| Mortgage | | 32,100 | 27,334 | 4,766 | 15% | 32,100 | 32,100 | - | 0% | 64,200 | 59,434 | 4,766 | 7% |
| Sales Tax | 4 | 7,500 | 6,182 | 1,318 | 18% | 7,500 | 7,405 | 95 | 1% | 15,000 | 13,586 | 1,414 | 9% |
| Other / Contingency | 5 | 5,000 | 320 | 4,680 | 94% | 5,000 | 22,327 | (17,327) | -347% | 10,000 | 22,647 | (12,647) | -126% |
| *Total Operating Expenses* | | 44,600 | 33,836 | 10,764 | 24% | 44,600 | 61,832 | (17,232) | -39% | 89,200 | 95,668 | (6,468) | -7% |
| **Chapter 11 Bankruptcy Expenses** | | | | | | | | | | | | | |
| Professional Fees | 6 | 50,000 | - | 50,000 | 100% | 50,000 | - | 50,000 | 100% | 100,000 | - | 100,000 | 100% |
| U.S Trustee Fees | 7 | - | - | - | 0% | - | - | - | 0% | - | - | - | 0% |
| *Total Chapter 11 Bankruptcy Expenses* | | 50,000 | - | 50,000 | 100% | 50,000 | - | 50,000 | 100% | 100,000 | - | 100,000 | 100% |
| **Net cash flow (deficit)** | | $ 19,400 | $ 97,592 | 78,192 | 403% | $ 19,400 | $ (27,098) | (46,498) | -240% | $ 38,800 | $ 70,494 | 31,694 | 82% |
| Beginning cash balance available for operations | 8 | 985,735 | 1,330,911 | 345,176 | | 1,005,135 | 1,428,503 | 423,368 | | 985,735 | 1,330,911 | 345,176 | |
| Net cash flow (deficit) | | 19,400 | 97,592 | 78,192 | | 19,400 | (27,098) | (46,498) | | 38,800 | 70,494 | 31,694 | |
| **Ending cash balance available for operations** | | $ 1,005,135 | $ 1,428,503 | 423,368 | | $ 1,024,535 | $ 1,401,405 | 376,870 | | $ 1,024,535 | $ 1,401,405 | 376,870 | |
| Restricted cash | 9 | 1,558,735 | 1,559,582 | 1,559,582 | | 1,558,735 | 1,559,582 | 1,559,582 | | 1,558,735 | 1,559,582 | 1,559,582 | |
| Available cash from operations | | 1,005,135 | 1,428,503 | 1,428,503 | | 1,024,535 | 1,401,405 | 1,401,405 | | 1,024,535 | 1,401,405 | 1,401,405 | |
| **Total ending cash balance** | | $ 2,563,870 | $ 2,988,085 | 2,988,085 | | $ 2,583,270 | $ 2,960,987 | 2,960,987 | | $ 2,583,270 | $ 2,960,987 | 2,960,987 | |

**SEE ACCOMPANYING NOTES**

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Actual v. Budget: August 1, 2020 through September 16, 2020**

**Source:** Discussions and historical data provided by management.

| No. | Description |
|---|---|
| 1 | The Trustee from time to time makes written or oral forward-looking statements concerning expectations, beliefs, plans, objectives, future events or performance and underlying assumptions and other statements that are not historical facts. These statements are "forward-looking statements." Generally, the inclusion of the words "believe", "could", "should", "estimate", "expect", "intend", "anticipate", "will", "plan", "target", "forecast" and similar expressions identify statements that constitute "forward-looking statements." All statements addressing developments that the Trustee expects or anticipates will occur in the future, including statements relating to values, future financial condition, assets, real property and timing of their disposition, as well as statements expressing optimism or pessimism about future results, are forward-looking statements.<br><br>The forward-looking statements are based upon the Trustee's then-current views and assumptions regarding future developments and are applicable only as of the dates of such statements. By their nature, all forward-looking statements involve risks and uncertainties. The Trustee assumes no obligation to update or review any forward-looking information to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information, whether as a result of new information, future events or otherwise. There can be no assurance that the Trustee has correctly identified and appropriately assessed all factors affecting the Company and its assets. For these reasons, you are cautioned not to place undue reliance on any forward-looking statements. |
| 2 | As of September 16, 2020, rent has only been collected from one tenant. The remaining rent is expected to be collected later in the month. |
| 3 | The gross rental income was derived from historical collections from March 5, 2020 through June 30, 2020 and includes sales tax. Rental income is generated from three tenants based on their current leases. |
| 4 | Sales tax is due on the 20th of each month for the previous month. |
| 5 | The unfavorable variance for Other / Contingency expenses was due to a previously undisclosed insurance expense for coverage set to expire in October 2020. |
| 6 | Administrative expenses for the Trustee and his professionals are estimated at $50,000 per month. Professional fees are expected to be paid when fee apps are filed in subsequent months. |
| 7 | The fees due to the US Trustee is payable quarterly and based on the monthly operating reports filed with the Bankruptcy Court. The first payment will be due in October 2020. |
| 8 | The budgeted bank balance is comprised of the available cash as of July 10, 2020 in Iberia bank account ending 6243 and Bank of America account ending 0434. The actual bank balance is comprised of the available cash as of July 31, 2020 in Iberia bank account ending 6243, Bank of America account ending 0434, and City National Bank account ending 1273. |
| 9 | The Debtor maintains four certificates of deposits at two financial institutions and the funds are not available without incurring fees and penalties. The accrued interest has not been calculated. The four certificates of deposits are as follows:<br>1) First Citizen Bank account ending 6965 - Value: $61,760 - Maturity Date: 09/19/2020<br>2) Iberia Bank account ending 3039 - Value: $518,546 - Maturity Date: 10/12/2020<br>3) Iberia Bank account ending 6865 - Value: $967,706 - Maturity Date: 05/01/2022<br>4) Iberia Bank account ending 8400 - Value: $11,570 - Maturity Date: 10/02/2020 |