# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

IN RE:

Hals Realty Associates LP
DEBTOR.

20-13103-MAM

JUDGE:    Mindy A. Mora

CHAPTER 11

### CHAPTER 11 TRUSTEE'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

### FOR THE PERIOD

### FROM 09/01/2020 TO 09/30/2020

Comes now Michael Goldberg, as Chapter 11 Trustee of the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Debtor and FRBP 2015.

Trustee's Address:

Michael Goldberg, Trustee for Hals
Associates LP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301
954-463-2700

/s/ Eyal Berger

Attorney for Trustee's Signature

Attorney's Address and Phone Number
Eyal Berger
Akerman LLP
350 E Las Olas Blvd, Suite 1600
Fort Lauderdale, FL 33301
954-463-2700

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Debtor Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Debtor Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

### FOR THE PERIOD BEGINNING 09/01/2020 AND ENDING 09/30/2020

Name of Debtor: **Hals Realty Associates LP**    Case Number:    **20-13103-MAM**
Date of Petition:    3/5/2020

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** *(Note 1)* | 2,988,084.86 (a) | $ | 2,141,208.54 (b) |
| 2. | **RECEIPTS:** | | | |
| A. | Revenue | 131,427.94 | | 814,403.39 |
| | Net Cash Sales | 131,427.94 | | 814,403.39 |
| B. | Accounts Receivable | - | | - |
| C. | Other Receipts *(See MOR-3)* | 822.22 | | 423,328.16 |
| | (If you receive rental income, you must attach rent roll.) | | | |
| 3. | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | 132,250.16 | | 1,237,731.55 |
| 4. | **TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 3,120,335.02 | | 3,378,940.09 |
| 5. | **DISBURSEMENTS** | | | |
| A. | Advertising | - | | - |
| B. | Bank Charges | - | | - |
| C. | Contract Labor | - | | - |
| D. | Fixed Asset Payments (not incl. in "N") | - | | - |
| E. | Insurance | 21,977.00 | | 27,747.00 |
| F. | Inventory Payments | - | | - |
| G. | Leases | - | | - |
| H. | Manufacturing Supplies | - | | - |
| I. | Office Supplies | - | | - |
| J. | Payroll | - | | - |
| K. | Professional Fees (Accounting & Legal) | - | | - |
| L. | Rent | - | | - |
| M. | Repairs & Maintenance | 320.00 | | 640.00 |
| N. | Secured Creditor Payments *(See Attach. 2)* | 32,100.00 | | 205,083.34 |
| O. | Taxes Paid - Payroll | - | | - |
| P. | Taxes Paid - Sales & Use | 7,404.73 | | 46,786.16 |
| Q. | Taxes & Licenses | - | | - |
| R. | Telephone & Internet | - | | - |
| S. | Travel & Entertainment | - | | - |
| Y. | U.S. Trustee Quarterly Fees | - | | 1,625.73 |
| U. | Utilities | - | | - |
| V. | Other Business Expense | 178.57 | | 239.25 |
| W. | Other Disbursements *(See MOR-3)* | - | | 38,463.89 |
| 6. | **TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 61,980.30 | | 320,585.37 |
| 7. | **ENDING BALANCE (Line 4 Minus Line 6)** | $ 3,058,354.72 (c) | $ | 3,058,354.72 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of October 2020

_____
Michael Goldberg, as Chapter 11 Trustee

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**Note 1:** An adjustment was made to the reported beginning balance as of the petition date to account for the certificates of deposits ("CDs").  The previous monthly operating reports identified the CDs on Attachment 4D, but did not include the funds on the Schedule of Receipts and Disbursements.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Love Realty Walking Street LLC | $          - | $          38,463.89 |
| Hal Realty (DB #4546) | - | 95,370.32 |
| Furr Cohen - Debtor's funds held in trust | - | 287,825.40 |
| Interest Income from CDs | 822.22 | 1,668.55 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| **TOTAL OTHER RECEIPTS** | $          822.22 | $          423,328.16 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.)  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| - | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2,  Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Love Realty Walking Street LLC | - | 38,463.89 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| **TOTAL OTHER DISBURSEMENTS** | $          - | $          38,463.89 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement. ***

***The Trustee is maintaining the books and records on a cash basis, therefore there is no balance sheet and the income statement reflects the receipts and disbursements per the MOR**

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: **Hals Realty Associates LP**          Case Number: **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

ACCOUNTS RECEIVABLE AT PETITION DATE:          N/A

### ACCOUNTS RECEIVABLE RECONCILIATION

(include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $ 152,373 | (a) |
| PLUS: Current Month New Billings | $ - | |
| MINUS: Collections During the Month | $ - | (b) |
| PLUS/MINUS: Adjustments of Write-offs | $ - | * |
| End of Month Balance | $ 152,373 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
June AR was not recognized

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ - | $ - | $ 17,367 | $ 135,005 | $ 152,372 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Tourneau | 2/18/2020 | Tenant remitting partial paymemt. due to Covid-19 |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **Hals Realty Associates LP**          Case Number: **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $ - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| TOTAL AMOUNT | | | | $ - (b) |

☐ Check here is pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):**

| | | |
|---|---|---|
| Opening balance | $ - | (a) |
| PLUS: New Indebtedness Incurred This Month | $ - | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ - | |
| PLUS/MINUS: Adjustments | $ - | * |
| Ending Month Balance | $ - | (c) |

*For any adjustments provided explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Bank of America | *9/20/2020* | 32,100.00 | 0 | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ 32,100.00 | | (d) |

(a) This number is carried from last month's report.  For the first report only, this number will be zero.
(b,c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3
**INVENTORY AND FIXED ASSET REPORT**

Name of Debtor:   **Hals Realty Associates LP**          Case Number:   **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:                                  **N/A**
INVENTORY RECONCILIATION:
Inventory Balance at Beginning of Month              $                                    -   (a)
    PLUS: Inventory Purchased During Month          $                                    -
    MINUS: Inventory Used or Sold                        $                                    -
    PLUS/MINUS: Adjustments or Write-downs        $                                    -   *
Inventory on Hand at End of Month                        $                                    -

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 100.00% | 0.00% | 0.00% | 0.00% = | 100% * |

*Aging Percentages must equal 100%
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION  DATE:                **N/A**           (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only):

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $              649,839  (a)(b)
    MINUS: Depreciation Expense                              $                        -
    PLUS: New purchases                                          $                        -
    PLUS/MINUS: Adjustments or Write-downs          $                        -  *
Ending Monthly Balance                                          $              649,839

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY

Name of Debtor: **Hals Realty Associates LP**　　　　　　　　Case Number:　**20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: **Iberia Bank**　　　　　　　　　　BRANCH: _____

ACCOUNT NAME: **Hals Realty Associates**　　　　　ACCOUNT NUMBER: **6243** _____

PURPOSE OF ACCOUNT: _____

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 213,995.98 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 213,995.98 **(a) |

\*Debit cards are used by _____

\*\*If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
　　(☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**<u>CHECK REGISTER</u>**

Name of Debtor:  **Hals Realty Associates LP**                              Case Number:         **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

NAME OF BANK:                    Iberia Bank                              BRANCH:

ACCOUNT NAME:                 Hals Realty Associates

ACCOUNT NUMBER:                                                    6243

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
| TOTAL |            |       |         | $        - |

**ATTACHMENT 4B**

## MONTHLY SUMMARY OF BANK ACTIVITY

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    Bank of America                    BRANCH:

ACCOUNT NAME:    Hals Realty Associates LP                    ACCOUNT NUMBER:    0435

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 1,014,138.98 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 1,014,138.98 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( [ ] Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $                    - | Transferred to Payroll Account |
| $                    - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER**

Name of Debtor: **Hals Realty Associates LP**                    Case Number:          **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

NAME OF BANK:              **Bank of America**                    BRANCH:

ACCOUNT NAME:             **Hals Realty Associates LP**

ACCOUNT NUMBER:          **0435**

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $         - |

ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY

Name of Debtor: **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    City National bank                    BRANCH:

ACCOUNT NAME:    Hals Realty Associates LP                ACCOUNT NUMBER:            1273

PURPOSE OF ACCOUNT:

| | | |
|---|---|---:|
| Ending Balance Per Bank Statement | $ | 243,534.94 |
| Plus Total Amount of Outstanding Deposits | $ | 26,280.83 |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 269,815.77 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
(☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                          Case Number:        **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

NAME OF BANK:          **City National bank**                          BRANCH:

ACCOUNT NAME:          **Hals Realty Associates LP**

ACCOUNT NUMBER:        **1273**

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| 9/15/2020 |  | City National Bank | Bank Fees | 148.24 |
| 9/15/2020 | 1003 | Bank of America | Mortgage | 32,100.00 |
| 9/15/2020 | 1004 | Armando Chavez | Lawn Maintenance | 320.00 |
| 9/15/2020 | 1005 | Love Realty Walking Street LLC | FedEx reimbursement | 30.33 |
| 9/15/2020 | 1006 | Wright National Flood Insurance Co | Insurance | 2,226.00 |
| 9/15/2020 | 1007 | Wright National Flood Insurance Co | Insurance | 19,751.00 |
| 9/16/2020 |  | Fla Dept Revenue | Sales Tax | 7,404.73 |
| TOTAL |  |  |  | $   61,980.30 |

**ATTACHMENT 4D**

**INVESTMENTS ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements. *(Note 1)*

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| CD - FCB xx6965 | $          - | $          - | | $          61,759.84 |
| CD - IB xx3039 | | | | 518,545.94 |
| CD - IB xx6865 | | | | 968,527.84 |
| CD - IB xx8400 | | | | 11,570.37 |
| | | | | |
| TOTAL | | | | $     1,560,403.99  (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/ Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | $          - | $          - | $          - |
| | | | |
| | | | |
| TOTAL | | $          -   (b) | |

**For any Petty Cash Disbursement over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**            $     1,560,403.99  (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Note 1:** Account statements were not made available.  The reported account value was provided by the banks' representatives.

ATTACHMENT 6

**MONTHLY TAX REPORT**

Name of Debtor:    **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                      $          -

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: **Hals Realty Associates LP**    Case Number: **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Westchester Fire Insurance Co | 561-622-2550 | D42248976002 | Property | 02/01/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151026975 | Flood | 10/14/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261809 | Flood | 08/15/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261808 | Flood | 08/15/21 | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Name of the Debtor:   **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 09/01/2020 and ending 09/30/2020

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (*attach closing statement* ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.

Attach any relevant documents.

 **ACORD** | # EVIDENCE OF COMMERCIAL PROPERTY INSURANCE | DATE (MM/DD/YYYY) 10/15/2020

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 561-622-2550 | COMPANY NAME AND ADDRESS | NAIC NO: 10030 |
|---|---|---|---|
| Celedinas Insurance Group<br>A Marsh & McLennan Agency<br>4400 PGA Blvd, Suite 1000<br>Palm Beach Gardens, FL 33410 | | Westchester Fire Insurance Co. | |

| FAX (A/C, No): | E-MAIL ADDRESS: celedinascerts@mma-fl.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|
| CODE: | SUB CODE: | POLICY TYPE<br>PROPERTY |
| AGENCY CUSTOMER ID #: | | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER D42248976 002 |
|---|---|---|---|
| Hals Realty Associates, Ltd Partnership,<br>Love Realty Walking Streets, LLC<br>P.O. Box 2528<br>Palm Beach, FL 33480 | EFFECTIVE DATE 11/02/2019 | EXPIRATION DATE 02/01/2021 | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S)<br>Burton Handelsman | THIS REPLACES PRIOR EVIDENCE DATED: | | |

**PROPERTY INFORMATION** (ACORD 101 may be attached if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

| LOCATION / DESCRIPTION |
|---|
| See Location Breakdown in Remarks. |

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | | BASIC | | BROAD | X | SPECIAL | | |
|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: | | | $ $4,125,000 | | | | DED:10,000 | | |

| | | YES | NO | N/A | | | |
|---|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | | X | | | If YES, LIMIT:$1,465,460 | X | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | X | | If YES, indicate value(s) reported on property identified above: $ | | |
| TERRORISM COVERAGE | | | X | | Attach Disclosure Notice / DEC | | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | | ALL-10750 (01/15) | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | X | | | | | |
| LIMITED FUNGUS COVERAGE | | X | | | If YES, LIMIT:250,000 | | DED:10,000 |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | | | |
| REPLACEMENT COST | | X | | | | | |
| AGREED VALUE | | | X | | | | |
| COINSURANCE | | | X | | If YES, % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | | If YES, LIMIT:*1000,000,000 | | DED:*10,000 |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | | If YES, LIMIT:Included | | DED:10,000 |
| - Demolition Costs | | X | | | If YES, LIMIT:5,000,000 | | DED:10,000 |
| - Incr. Cost of Construction | | X | | | If YES, LIMIT:Combined w/ B | | DED:10,000 |
| EARTH MOVEMENT (If Applicable) | | X | | | If YES, LIMIT:10,000,000 | | DED:50,000 |
| FLOOD (If Applicable) | | X | | | If YES, LIMIT:10,000,000 | | DED:2100000 |
| WIND / HAIL INCL ☒ YES ☐ NO Subject to Different Provisions: | | X | | | If YES, LIMIT:10,000,000 | | DED:50,000 |
| NAMED STORM INCL ☒ YES ☐ NO Subject to Different Provisions: | | X | | | If YES, LIMIT:10,000,000 | | DED:2% min $100,000 |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| ☐ MORTGAGEE | | | |

| NAME AND ADDRESS | |
|---|---|
| United States Trustee Office<br>Executive Offices for U.S. Trustees<br>441 G St., NW<br>Suite 6150<br>Washington, DC 20530 | AUTHORIZED REPRESENTATIVE |

© 2003-2015 ACORD CORPORATION. All rights reserved.

**ACORD 28 (2016/03)** The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: _____

LOC #: _____

ACORD®

## ADDITIONAL REMARKS SCHEDULE

Page  1  of  1

| AGENCY | NAMED INSURED |
|---|---|
| Celedinas Insurance Group | Hals Realty Associates, Ltd Partnership, Love Realty Walking Streets, LLC |
| **POLICY NUMBER** | P.O. Box 2528 |
| D42248976 002 | Palm Beach, FL 33480 |

| CARRIER | NAIC CODE | |
|---|---|---|
| Westchester Fire Insurance Co. | 10030 | **EFFECTIVE DATE: 11/02/2019** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ___28___  FORM TITLE: EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

REMARKS:

Location Breakdown:
175-185 Worth Ave (Unit C), Palm Beach FL 33480 (Apt) - Bldg $375,000; BI $373,960
411 S County Road, Palm Beach FL 33480 (Office) - Bldg $2,200,000; BPP $50,000; BI $703,500
411 S County Road, Palm Beach FL 33480 (Drive Thru) - Bldg $50,000
401 S County Rd, Palm Beach FL 33480 (Office) - Bldg $1,450,000; BI $388,000

Sinkhole is Included.
Loss of Business Income is based upon a 12 month period, with a 100% contribution clause.

LAYER 2 PROPERTY ($2.5MM XS $2.5MM) — Endurance American Specialty Insurance Co; Policy #ESP30001332900; EFF Dates: 11/02/19-20.
  Perils Insured: All Risks of Direct Physical Loss or Damage including Earth Movement and Flood; Excluding Equipment Breakdown and Terrorism
  Covered Property: Buildings, Business Personal Property and Business Income including Extra Expense
  Limit of Liability: $2,500,000 part of $10,000,000 Per Occurrence and Annual Aggregate as respects Earth Movement and Flood
  TIV $98,345,498
  Valuation: Property- Replacement Cost; BI- Actual Loss Sustained
  Terrorism Exclusion: IL 09 53 01 15
  Sinkhole is Included.

LAYER 3 PROPERTY ($5MM XS $5MM) — Lloyds of London; Policy #B128413963W19; EFF Dates: 11/02/19-20.
  Cause of Loss: All Risk of Direct Physical Loss or Damage Including Named Storm, Earth Movement, and Flood Including High Hazard Zones Prefixed A & V.
  Limit: $10,000,000 per Occurrence and in the annual aggregate in respect of Flood and Earth Movement separately.
  Terrorism Excluded.
  TIV $98,345,498

LAYER 4 PROPERTY ($90MM XS $10MM) — RSUI Indemnity Company; Policy #LHD910515; EFF Dates: 11/02/19-20.
  Perils Covered: All Risk Excluding Flood, Earth Movement, Terrorism, Windstorm or Hail associated with a Named Storm
  Property Covered: Building, Personal Property, and Business Income with Extra Expense including "Rental Value"
  Limit Insured: $90,000,000 Per Occurrence, subject to conditions

TERRORISM  (Standalone) — Lloyds of London; Policy #B0621MBURT000219; EFF Dates: 11/02/19-20.
  TIV $98,345,498 each and every Occurrence and in the aggregate
  Deductible: Nil
  Indemnity Period: 12 Months
  Syndicate No. 1969, APL, London, England

*BOILER & MACHINERY* (Standalone) — Continental Casualty Company; Policy #6078967053; EFF Dates: 11/02/19-20.
  Coverage: Comprehensive Form Covering Boilers, Pressure Vessels, Mechanical & Electrical Machines
  Property Damage Limit: $100,000,000 (Combined Limit Per Accident)
  Business Income Limit: Combined with Property Damage Limit above
  Valuation: Replacement Cost & Actual Loss Sustained
  Deductibles: Property Damage- $10,000; Business Income- 24 Hours
  Terrorism Coverage: Included
  Covered Locations TIV $97,446,218 (Excluding mobile equipment values).

*FLOOD POLIES* (Standalone) — Wright National Flood Insurance Company
  Location: 175-185 Worth Ave, Palm Beach, FL 33480
   Policy #09115102697506; EFF Dates: 10/14/19-20.
   Flood Risk/Rated Zone: AE
   Building Limit: $500,000; Deductible $5,000
  Location: 411 S County Rd, Palm Beach, FL 33480
   Policy #09115102697606; EFF Dates: 10/14/19-20.
   Flood Risk/Rated Zone: AE
   Building Limit: $75,700; Deductible: $5,000

PROOF OF INSURANCE ONLY.

ACORD 101 (2008/01)                                                © 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD



**Tower Hill Insurance**

Wright National Flood Insurance Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFL99.001 0519
3600594
9/21/20
2000 11523 FLD RGLR

## FLOOD DECLARATIONS PAGE
### RENEWAL

| Policy Number | NFIP Policy Number | Product Type: Standard Policy |
|---|---|---|
| 09 1151026975 07 | 1151026975 | General Property Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 10/14/20 To: 10/14/21 12:01 am Standard Time | 09/21/2020 | 0535810 | 8704884162 |

Agent (561)622-2550
CELEDINAS INSURANCE GROUP
4400 PGA BLVD STE 1000
PALM BEACH GARDENS FL 33410-6563

HALS REALTY ASSOCATES LP
LOVE REALTY MANAGEMENT INC
PO BOX 2528
PALM BEACH FL 33480-2528

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
175-185 WORTH AVE, PALM BEACH FL 33480

### Rating Information

Original New Business Effective Date: 10/14/2013          Flood Risk/Rated Zone: AE

Grandfathered: No

Building Occupancy: Business Non-Residential
Primary Residence: N                              Number of Floors: Two Floors
Condo Type: N/A                                   Building Indicator: Non-Elevated
Community #: 120220          Map Panel/Suffix: 0583 F          Basement/Enclosure/Crawlspace:
Community Rating: 06 / 20%          Program Status: Regular          No Basement
Community Name: PALM BEACH, TOWN OF

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $500,000 | $5,000 | $22,590.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |
| | | ANNUAL SUBTOTAL: | $22,590.00 |
| | | DEDUCTIBLE DISCOUNT/SURCHARGE: | - $2,034.00 |
| | | ICC PREMIUM: | $49.00 |
| | | COMMUNITY RATING DISCOUNT: | - $4,121.00 |
| | | SUB-TOTAL: | $16,484.00 |
| | | RESERVE FUND ASSESSMENT: | $2,967.00 |
| | | PROBATION SURCHARGE: | $0.00 |
| | | FEDERAL POLICY SERVICE FEE: | $50.00 |
| | | HFIAA SURCHARGE: | $250.00 |

### THIS IS NOT A BILL

### DEAR MORTGAGEE
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.
**The above message applies only when there is a mortgagee on the insured location.**

Premium Paid by: Insured          TOTAL WRITTEN PREMIUM AND FEES:          $19,751.00

### Special Provisions:
This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Please refer to the policy for complete terms, conditions, and exclusions. A full, digital copy of your flood policy form is available at www.wrightflood.com/policyforms.html. The form which applies to your policy coverage is: General Property Form
No Additions and Extensions
Pre-FIRM Subsidized

### Forms and Endorsements:
WFL 99.415 1117 1117          FFL 99.310 0120 0120          WFL 99.116 0614 0614

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

*Patricia Templeton-Jones*
Patricia Templeton-Jones, President

05358100911510269752026502          00003          00157



Insured

FFL99.001 0519
3600594
9/21/20

09 1151026975   07

Agent (561)622-2550
CELEDINAS INSURANCE GROUP
4400 PGA BLVD STE 1000
PALM BEACH GARDENS FL 33410-6563

First Mortgagee
Loan 01-1335909
BANK OF AMERICA NA
ISAOA
PO BOX 40329
JACKSONVILLE FL 32203-0329

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.
Claims Information:
Please contact your agent or go to www.wrightflood.com to enter your claim as well as
receive important information to mitigate the damage to your property.  If you need to
reach the insurance company the number is 1-800-725-9472.

0535810091151026975202b502          00003          Insured





Wright National Flood Insurance Company
Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFLD 99.310 0120
3600594
9/21/20

## Wright National Flood Insurance Company
## Privacy Statement

09  1151026975     07                                                          10/14/20
2000  11523  FLD   RGLR

**Revised: January 1, 2020**

This Privacy Statement explains our privacy practices, including how we use your non-public personal information ("Personal Information") and to whom it is disclosed. We may amend this Privacy Statement from time to time consistent with applicable privacy laws.

Wright National Flood Insurance Company and its affiliates, Wright National Flood Insurance Services, LLC, DBA Wright Flood Insurance Services, LLC in California, and Wright National Flood Insurance Services of New York, LLC, member companies of The Wright Insurance Group, LLC, follow the privacy practices described in this Privacy Statement. Depending on the business they perform, these affiliates may also share information as described below.

### We may collect Personal Information about you from the following sources:

- Information we receive from you on applications or other forms we receive from you or your authorized representative, such as your name, address, social security number, tax identification number, asset information and income information;

- Information about your transactions with us or the services being performed by, us, our affiliates or others, such as information concerning your policy, premiums, payment history, information about your home or other real property, information from lenders and other third parties involved in such a transaction, account balances, credit card numbers and payment histories;

- Information we receive from you through our internet websites, such as your name, address, email address, Internet Protocol address, the website links you used to get to our site(s) and the pages viewed while at our site(s); and

- Information we receive from consumer or other reporting agencies.

### Protection of the Confidentiality and Security of Your Personal Information

We maintain physical, electronic and procedural safeguards designed to protect your Personal Information from unauthorized access or intrusion. We limit access to the Personal Information to those employees who need such access in connection with providing products or services to you or for other legitimate business purposes.

### Sharing of Personal Information

We do not disclose Personal Information about our customers or former customers to anyone, except as permitted by law. We do not share information we collect from consumer or credit reporting agencies with our affiliates or others without your consent unless such disclosure is otherwise permitted by law.

Consistent with applicable law, we may nevertheless provide all or some of the Personal Information described above (excluding information we receive from consumer or other credit reporting agencies) to the following individuals and companies:

- to our affiliates, including insurance companies and agents to provide you with services you have requested or as otherwise permitted under applicable law;

- to insurance agents, brokers, representatives, support organizations or others:

  - to the extent necessary to provide you with services you have requested, so long as the above entities and persons agree not to further disclose your Personal Information except to the extent necessary to carry out the requested service on your behalf;

  - to enable us to detect or prevent criminal activity, fraud, material misrepresentation or nondisclosure in connection with an insurance transaction; and



Insured

- in connection with performing an insurance transaction for you;

- to third-party contractors or service providers for the purpose of determining your eligibility for an insurance benefit or payment and/or provide you with services you have requested; and

- to an insurance regulatory authority, or a law enforcement or other governmental authority.

## Sharing of Personal Information With Service Providers

We may share some or all of the Personal Information (excluding information we receive from consumer or other credit reporting agencies) that we collect about you with nonaffiliated third parties to provide services or functions on our behalf pursuant to a contractual agreement prohibiting the third party from disclosing or using your Personal Information other than to carry out the purposes for which we disclosed the Personal Information. Such services may include the marketing of financial products or services offered pursuant to agreements between one or more financial institutions.

## Right to Opt Out of Information Sharing With Nonaffiliated Parties Other Than As Permitted By Law

Under certain circumstances not applicable here, financial institutions are required to offer consumers the right to "opt out" of the sharing of Personal Information with nonaffiliated parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt out" opportunity does not apply to you.

## For Residents of California, New Mexico and Vermont:  Your Authorization Is Required Prior To The Sharing of Your Information With Nonaffiliated Third Parties Other Than As Permitted By Law

Under certain circumstances not applicable here, financial institutions are required to obtain your authorization ("opt in") prior to sharing your Personal Information with nonaffiliated third parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt in" opportunity does not apply to you.

## Right to Access Your Personal Information and Ability To Correct Errors Or Request Changes Or Deletion

As required by applicable law, we will afford you the right to access your Personal Information, under certain circumstances to find out to whom your Personal Information has been disclosed, and request correction or deletion of your Personal Information. Where permitted by law, we may charge a reasonable fee to cover the costs incurred in responding to such requests. All requests must be made in writing to the following address:

**Privacy Compliance Officer**
**Wright National Flood Insurance Company**
**801 94th Avenue North - Suite 110**
**St. Petersburg, FL 33702**

**Compliance@weareflood.com**
**1-800-820-3242, ext 7777**

Insured