UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

HALS REALTY ASSOCIATES LIMITED            Case No.: 20-13103-MAM
PARTNERSHIP,
                                          Chapter 11
        Debtor.
_____/

## NOTICE OF FILING BUDGET

Undersigned counsel hereby gives notice of the filing of attached Cash Collateral Budget and the comparison of actual against projections for the prior cash collateral budget with respect to Trustee's request for further use of cash collateral in this bankruptcy case pursuant to the Order Granting Debtor's Emergency Motion to Use Cash Collateral of Bank of America N.A., on an Interim Basis entered on September 28, 2020 *(ECF No. 130)*.

Dated:  December 21, 2020            Respectfully submitted,

                                     /s/ *Eyal Berger*
                                     Eyal Berger, Esq.
                                     Florida Bar Number:  011069
                                     eyal.berger@akerman.com
                                     **AKERMAN LLP**
                                     Las Olas Centre II, Suite 1600
                                     350 East Las Olas Boulevard
                                     Fort Lauderdale, FL  33301-2999
                                     Phone:  (954) 463-2700
                                     Fax:  (954) 463-2224

                                     *Counsel for Michael I. Goldberg, Ch 11 Trustee*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below service list.

By: /s/ *Eyal Berger*
Eyal Berger, Esq.

**SERVICE LIST**

**20-13103-MAM Notice will be electronically mailed to:**

Paul A Avron, Esq. on behalf of Creditor S.M.S. Co.
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Eyal Berger, Esq. on behalf of Accountant Soneet Kapila
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Eyal Berger, Esq. on behalf of Trustee Michael Goldberg
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jeffrey D Fisher, Esq on behalf of Creditor Love Family II LLC
eservice@fphlegal.com

Jeffrey D Fisher, Esq on behalf of Creditor Love Family LLC
eservice@fphlegal.com

Robert C Furr, Esq on behalf of Debtor Hals Realty Associates Limited Partnership
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com

Michael I Goldberg, Esq on behalf of Trustee Michael Goldberg
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Laudy Luna, Esq. on behalf of Creditor BANK OF AMERICA, N.A.
ll@lgplaw.com, de@lgplaw.com

55798679;1

- 2 -

**AKERMAN LLP**, **L**AS **O**LAS **C**ENTRE **II**, **S**UITE **1600**, **350 E**AST **L**AS **O**LAS **B**OULEVARD, **F**ORT **L**AUDERDALE, **FL  33301-2999**

- 3 -

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
ombankruptcy@mayorbankruptcy.com, legalservices@pbctax.com;rgroff@cinlegal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul Steven Singerman, Esq on behalf of Creditor S.M.S. Co.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

**20-13103-MAM Notice will not be electronically mailed to:**

Alan Barbee
1400 Centrepark Blvd #860
West Palm Beach, FL 33401

Larry Bernstein
1580 Ocean Avenue
Brooklyn, NY 11230

Howard DuBosar
3010 N. Military Trail, Suite 210
Boca Raton, FL 33431

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

## 1 Month Budget: January 1, 2021 through January 31, 2021

**Source:** Discussions and historical data provided by management.

|  | Notes | 1/31/2021 |
|---|---|---|
| **Revenue** | | |
| Rent | 2 | $ 131,428 |
| **Total Revenue** | | 131,428 |
| | | |
| **Operating Expenses** | | |
| Mortgage | | 32,100 |
| Sales Tax | 3 | 7,500 |
| Insurance | 4 | 75,000 |
| Other / Contingency | | 5,000 |
| **Total Operating Expenses** | | 119,600 |
| | | |
| **Chapter 11 Bankruptcy Expenses** | | |
| Professional Fees | 5 | 250,000 |
| U.S Trustee Fees | 6 | 4,875 |
| **Total Chapter 11 Bankruptcy Expenses** | | 254,875 |
| | | |
| **Net cash flow (deficit)** | | $ (243,047) |
| | | |
| Beginning cash balance available for operations | 7 | 1,842,513 |
| Net cash flow (deficit) | | (243,047) |
| **Ending cash balance available for operations** | | $ 1,599,466 |
| | | |
| Restricted cash | 8 | 1,030,288 |
| Available cash from operations | | 1,599,466 |
| **Total ending cash balance** | | $ 2,629,754 |

**SEE ACCOMPANYING NOTES**

Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors
Page 1 of 2

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

### Notes - 1 Month Budget: January 1, 2021 through January 31, 2021

**Source:** Discussions and historical data provided by management.

| No. | Description |
|---|---|
| 1 | The Trustee from time to time makes written or oral forward-looking statements concerning expectations, beliefs, plans, objectives, future events or performance and underlying assumptions and other statements that are not historical facts. These statements are "forward-looking statements." Generally, the inclusion of the words "believe", "could", "should", "estimate", "expect", "intend", "anticipate", "will", "plan", "target", "forecast" and similar expressions identify statements that constitute "forward-looking statements." All statements addressing developments that the Trustee expects or anticipates will occur in the future, including statements relating to values, future financial condition, assets, real property and timing of their disposition, as well as statements expressing optimism or pessimism about future results, are forward-looking statements.<br><br>The forward-looking statements are based upon the Trustee's then-current views and assumptions regarding future developments and are applicable only as of the dates of such statements. By their nature, all forward-looking statements involve risks and uncertainties. The Trustee assumes no obligation to update or review any forward-looking information to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information, whether as a result of new information, future events or otherwise. There can be no assurance that the Trustee has correctly identified and appropriately assessed all factors affecting the Company and its assets. For these reasons, you are cautioned not to place undue reliance on any forward-looking statements. |
| 2 | The gross rental income was derived from historical collections from March 5, 2020 through June 30, 2020 and includes sales tax. Rental income is generated from three tenants based on their current leases. |
| 3 | Sales tax is due on the 20th of each month for the previous month. |
| 4 | Policy D42248976002 held with Westchester Fire Insurance Company is to expire on February 1, 2021 and the renewal payment is estimated to be $75,000. |
| 5 | Administrative expenses for the Trustee and his professionals are estimated at $50,000 per month. Professional fees are expected to be paid when fee apps are filed in subsequent months. |
| 6 | The fees due to the US Trustee is payable quarterly and based on the monthly operating reports filed with the Bankruptcy Court. The payment will be due in January 2021. |
| 7 | The bank balance is comprised of the available cash as of December 21, 2020 in Iberia bank account ending 6243, Bank of America account ending 0434, and City National Bank account ending 1273. |
| 8 | The Debtor maintains two certificates of deposits at two financial institutions and the funds are not available without incurring fees and penalties. The accrued interest has not been calculated. The two certificates of deposits are as follows:<br>1) First Citizen Bank account ending 6965 - Value: $61,735 - Maturity Date: 09/19/2020<br>2) Iberia Bank account ending 6865 - Value: $966,884 - Maturity Date: 05/01/2022<br><br>The Trustee issued a letter to First Citizen Bank, directing them to turnover the funds for the certificate of deposit that matured in September. |

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**Actual v. Budget: October 1, 2020 through December 21, 2020** *(Note 1)*

Source: Discussions and historical data provided by management.

| | Notes | Oct-20 Budget | Oct-20 Actual | Oct-20 Variance ($) Budget v Actual | Oct-20 Variance (%) Budget v Actual | Nov-20 Budget | Nov-20 Actual | Nov-20 Variance ($) Budget v Actual | Nov-20 Variance (%) Budget v Actual | Dec-20 (Note 2) Budget | Dec-20 (Note 2) Actual | Dec-20 Variance ($) Budget v Actual | Dec-20 Variance (%) Budget v Actual | Cumulative (Oct - Dec) Budget | Cumulative (Oct - Dec) Actual | Cumulative Variance ($) Budget v Actual | Cumulative Variance (%) Budget v Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | |
| Rent | 3 | $ 131,428 | $ 131,428 | $ - | 0% | $ 131,428 | $ 131,428 | $ - | 0% | $ 131,428 | $ 34,734 | $ (96,694) | -74% | $ 394,284 | $ 297,590 | $ (96,694) | -25% |
| *Total Revenue* | | 131,428 | 131,428 | - | 0% | 131,428 | 131,428 | - | 0% | 131,428 | 34,734 | (96,694) | -74% | 394,284 | 297,590 | (96,694) | -25% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| Mortgage | | 32,100 | 32,100 | - | 0% | 32,100 | 32,100 | - | 0% | 32,100 | 32,100 | - | 0% | 96,300 | 96,300 | - | 0% |
| Sales Tax | 4 | 7,500 | 7,408 | 92 | 1% | 7,500 | 7,405 | 95 | 1% | 7,500 | 7,405 | 95 | 1% | 22,500 | 22,217 | 283 | 1% |
| Real Estate Tax | | - | - | - | 0% | 375,000 | 364,464 | 10,536 | 3% | - | - | - | 0% | 375,000 | 364,464 | 10,536 | 3% |
| Insurance | 5 | 75,000 | - | 75,000 | 100% | - | - | - | 0% | - | - | - | 0% | 75,000 | - | 75,000 | 100% |
| Other / Contingency | | 5,000 | 96 | 4,904 | 98% | 5,000 | 70 | 4,930 | 99% | 5,000 | 30 | 4,970 | 99% | 15,000 | 197 | 14,803 | 99% |
| *Total Operating Expenses* | | 119,600 | 39,604 | 79,996 | 67% | 419,600 | 404,038 | 15,562 | 4% | 44,600 | 39,535 | 5,065 | 11% | 583,800 | 483,178 | 100,622 | 17% |
| **Chapter 11 Bankruptcy Expenses** | | | | | | | | | | | | | | | | | |
| Professional Fees | 6 | - | - | - | 0% | 150,000 | - | 150,000 | 100% | - | - | - | 0% | 150,000 | - | 150,000 | 100% |
| U.S Trustee Fees | 7 | 1,625 | 975 | 650 | 40% | - | - | - | 0% | - | - | - | 0% | 1,625 | 975 | 650 | 0% |
| *Total Chapter 11 Bankruptcy Expenses* | | 1,625 | 975 | 650 | 40% | 150,000 | - | 150,000 | 100% | - | - | - | 0% | 151,625 | 975 | 150,650 | 99% |
| **Net cash flow (deficit)** | | $ 10,203 | $ 90,849 | $ 80,646 | 790% | $ (438,172) | $ (272,611) | $ 165,562 | 38% | $ 86,828 | $ (4,801) | $ (91,629) | -106% | $ (341,141) | $ (186,562) | $ 154,579 | -45% |
| Beginning cash balance available for operations | 8 | 1,401,405 | 1,497,951 | 96,545 | | 1,411,608 | 2,119,925 | 708,316 | | 973,436 | 1,847,314 | 873,878 | | 1,401,405 | 1,497,951 | 96,545 | |
| Matured CDs | 9 | - | 531,125 | 531,125 | | - | - | - | | - | - | - | | - | 531,125 | 531,125 | |
| Net cash flow (deficit) | | 10,203 | 90,849 | 80,646 | | (438,172) | (272,611) | 165,562 | | 86,828 | (4,801) | (91,629) | | (341,141) | (186,562) | 154,579 | |
| **Ending cash balance available for operations** | | $ 1,411,608 | $ 2,119,925 | $ 708,316 | | $ 973,436 | $ 1,847,314 | $ 873,878 | | $ 1,060,264 | $ 1,842,513 | $ 782,249 | | $ 1,060,264 | $ 1,842,513 | $ 782,249 | |
| Restricted cash | 9 | 1,559,582 | 1,030,288 | 1,030,288 | | 1,559,582 | 1,030,288 | 1,030,288 | | 1,559,582 | 1,030,288 | 1,030,288 | | 1,559,582 | 1,030,288 | 1,030,288 | |
| Available cash from operations | | 1,411,608 | 2,119,925 | 2,119,925 | | 973,436 | 1,847,314 | 1,847,314 | | 1,060,264 | 1,842,513 | 1,842,513 | | 1,060,264 | 1,842,513 | 1,842,513 | |
| **Total ending cash balance** | | $ 2,971,190 | $ 3,150,212 | $ 3,150,212 | | $ 2,533,018 | $ 2,877,602 | $ 2,877,602 | | $ 2,619,846 | $ 2,872,801 | $ 2,872,801 | | $ 2,619,846 | $ 2,872,801 | $ 2,872,801 | |

**SEE ACCOMPANYING NOTES**

**HALS REALTY ASSOCIATES LIMITED PARTNERSHIP**
**CASE NO. 20-13103-BKC-MAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

### Actual v. Budget: October 1, 2020 through December 21, 2020

**Source:** Discussions and historical data provided by management.

| No. | Description |
|---|---|
| 1 | The Trustee from time to time makes written or oral forward-looking statements concerning expectations, beliefs, plans, objectives, future events or performance and underlying assumptions and other statements that are not historical facts. These statements are "forward-looking statements." Generally, the inclusion of the words "believe", "could", "should", "estimate", "expect", "intend", "anticipate", "will", "plan", "target", "forecast" and similar expressions identify statements that constitute "forward-looking statements." All statements addressing developments that the Trustee expects or anticipates will occur in the future, including statements relating to values, future financial condition, assets, real property and timing of their disposition, as well as statements expressing optimism or pessimism about future results, are forward-looking statements.<br><br>The forward-looking statements are based upon the Trustee's then-current views and assumptions regarding future developments and are applicable only as of the dates of such statements. By their nature, all forward-looking statements involve risks and uncertainties. The Trustee assumes no obligation to update or review any forward-looking information to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information, whether as a result of new information, future events or otherwise. There can be no assurance that the Trustee has correctly identified and appropriately assessed all factors affecting the Company and its assets. For these reasons, you are cautioned not to place undue reliance on any forward-looking statements. |
| 2 | As of December 21, 2020, rent has only been collected from one tenant. The remaining rent is expected to be collected later in the month. |
| 3 | The gross rental income was derived from historical collections from March 5, 2020 through June 30, 2020 and includes sales tax. Rental income is generated from three tenants based on their current leases. |
| 4 | Sales tax is due on the 20th of each month for the previous month. |
| 5 | Policy D42248976002 held with Westchester Fire Insurance Company was extended through February 1, 2021 and the estimated payment of $75,000 is expected to be made in January 2021. |
| 6 | Administrative expenses for the Trustee and his professionals are estimated at $50,000 per month. Professional fees are expected to be paid when fee apps are filed in subsequent months. |
| 7 | The fees due to the US Trustee is payable quarterly and based on the monthly operating reports filed with the Bankruptcy Court. The first payment will be due in October 2020. |
| 8 | The budgeted bank balance is comprised of the available cash as of September 16, 2020 in Iberia bank account ending 6243, Bank of America account ending 0434, and City National Bank account ending 1273. The actual bank balance is comprised of the available cash as of September 30, 2020, which accounted for additional bank activity subsequent to September 16th and resulted in a net surplus of $96,545. |
| 9 | The certificates of deposits for account ending 3039 and 8400 at Iberia Bank matured and were turned over to the Trustee in October 2020. The Debtor maintains two additional certificates of deposits at two financial institutions and the funds are not available without incurring fees and penalties. The accrued interest has not been calculated. The two certificates of deposits are as follows:<br>1) First Citizen Bank account ending 6965 - Value: $61,760 - Expected Maturity Date: 09/19/2020<br>2) Iberia Bank account ending 6865 - Value: $967,706 - Expected Maturity Date: 05/01/2022<br><br>The Trustee issued a letter to First Citizen Bank, directing them to turnover the funds for the certificate of deposit that matured in September. |