# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

IN RE:                                                  |

                                          |      **20-13103-MAM**

**Hals Realty Associates LP**        |

**DEBTOR.**                |      **JUDGE:**   **Mindy A. Mora**

                                            |

                                            |      **CHAPTER 11**

                                            |

## CHAPTER 11 TRUSTEE'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

## FOR THE PERIOD

## FROM 11/01/2020 TO 11/30/2020

Comes now Michael Goldberg, as Chapter 11 Trustee of the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Debtor and FRBP 2015.

Trustee's Address:                          /s/ Eyal Berger

Michael Goldberg, Trustee for Hals
Associates LP                                Attorney for Trustee's Signature

201 East Las Olas Blvd.
Suite 1800                                   Attorney's Address and Phone Number
Fort Lauderdale, FL 33301                  Eyal Berger
954-463-2700                                  Akerman LLP
                                            201 E Las Olas Blvd, Suite 1800
                                            Fort Lauderdale, FL 33301
                                            954-463-2700

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Debtor Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Debtor Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

### FOR THE PERIOD BEGINNING 11/01/2020 AND ENDING 11/30/2020

Name of Debtor: **Hals Realty Associates LP**   Case Number:   **20-13103-MAM**

Date of Petition: 3/5/2020

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | 3,150,212.33 (a) | $      2,141,208.54 (b) |
| 2. | **RECEIPTS:** | | |
| A. | Revenue | 131,427.94 | 1,077,259.27 |
| | Net Cash Sales | 131,427.94 | 1,077,259.27 |
| B. | Accounts Receivable | - | - |
| C. | Other Receipts (See MOR-3) | - | 424,336.92 |
| | (If you receive rental income, you must attach rent roll.) | | |
| 3. | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | 131,427.94 | 1,501,596.19 |
| 4. | **TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 3,281,640.27 | 3,642,804.73 |
| 5. | **DISBURSEMENTS** | | |
| A. | Advertising | - | - |
| B. | Bank Charges | 69.87 | 299.36 |
| C. | Contract Labor | - | - |
| D. | Fixed Asset Payments (not incl. in "N") | - | - |
| E. | Insurance | - | 27,747.00 |
| F. | Inventory Payments | - | - |
| G. | Leases | - | - |
| H. | Manufacturing Supplies | - | - |
| I. | Office Supplies | - | - |
| J. | Payroll | - | - |
| K. | Professional Fees (Accounting & Legal) | - | - |
| L. | Rent | - | - |
| M. | Repairs & Maintenance | - | 640.00 |
| N. | Secured Creditor Payments (See Attach. 2) | 32,100.00 | 269,283.34 |
| O. | Taxes Paid - Payroll | - | - |
| P. | Taxes Paid - Sales & Use | 7,404.73 | 61,598.62 |
| Q. | Taxes & Licenses | 364,463.87 | 364,463.87 |
| R. | Telephone & Internet | - | - |
| S. | Travel & Entertainment | - | - |
| Y. | U.S. Trustee Quarterly Fees | - | 2,600.73 |
| U. | Utilities | - | - |
| V. | Other Business Expense | - | 106.12 |
| W. | Other Disbursements (See MOR-3) | - | 38,463.89 |
| 6. | **TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 404,038.47 | 765,202.93 |
| 7. | **ENDING BALANCE (Line 4 Minus Line 6)** | $     2,877,601.80 (c) | $     2,877,601.80 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 18th day of December 2020

_____

Michael Goldberg, as Chapter 11 Trustee

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Love Realty Walking Street LLC | $ | - | $ 38,463.89 |
| Hal Realty (DB #4546) | | - | 95,370.32 |
| Furr Cohen - Debtor's funds held in trust | | - | 287,825.40 |
| Interest Income from CDs | | - | 2,677.31 |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| TOTAL OTHER RECEIPTS | $ | - | $ 424,336.92 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.)  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| - | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2,  Line 5W.

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Love Realty Walking Street LLC | | - | 38,463.89 |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| TOTAL OTHER DISBURSEMENTS | $ | - | $ 38,463.89 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement. \*\***

**\*\*The Trustee is maintaining the books and records on a cash basis, therefore there is no balance sheet and the income statement reflects the receipts and disbursements per the MOR**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:   **Hals Realty Associates LP**          Case Number:   **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

ACCOUNTS RECEIVABLE AT PETITION DATE:                N/A

### ACCOUNTS RECEIVABLE RECONCILIATION
(include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $ 152,373 | (a) |
| PLUS: Current Month New Billings | $ - | |
| MINUS: Collections During the Month | $ - | (b) |
| PLUS/MINUS: Adjustments of Write-offs | $ - | * |
| End of Month Balance | $ 152,373 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
June AR was not recognized

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ - | $ - | $ - | $ 152,373 | $ 152,373 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Tourneau | 2/18/2020 | Tenant remitting partial paymemt. due to Covid-19 |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: **Hals Realty Associates LP**          Case Number: **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $              - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| **TOTAL AMOUNT** | | | | $              - (b) |

☐ **Check here is pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):

| | | |
|---|---|---|
| Opening balance | $              - | (a) |
| PLUS: New Indebtedness Incurred This Month | $              - | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $              - | |
| PLUS/MINUS: Adjustments | $              - | * |
| Ending Month Balance | $              - | (c) |

*For any adjustments provided explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Bank of America | 11/20/2020 | 32,100.00 | 0 | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | $   32,100.00 (d) | | |

(a) This number is carried from last month's report.  For the first report only, this number will be zero.
(b,c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSET REPORT**

Name of Debtor:  **Hals Realty Associates LP**　　　　Case Number:  **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:　　　　　　　　　　**N/A**
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | - (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory | |
|---|---|---|---|---|---|
| 100.00% | 0.00% | 0.00% | 0.00% = | | 100% * |

*Aging Percentages must equal 100%
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION  DATE:　　　　**N/A**　　(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 649,839 (a)(b) |
| MINUS: Depreciation Expense | $ | - |
| PLUS: New purchases | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Ending Monthly Balance | $ | 649,839 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
     Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY**

Name of Debtor:  **Hals Realty Associates LP**                                    Case Number:      **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:     **Iberia Bank**                                          BRANCH:

ACCOUNT NAME:   **Hals Realty Associates**                      ACCOUNT NUMBER:   **6243**

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 154,821.72 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 154,821.72 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
               ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $                                    - | Transferred to Payroll Account |
| $                                    - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                                    Case Number:          **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

NAME OF BANK:                    Iberia Bank                                    BRANCH:

ACCOUNT NAME:                  Hals Realty Associates

ACCOUNT NUMBER:                                              6243

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $          - |

ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY

Name of Debtor:  Hals Realty Associates LP                                       Case Number:    20-13103-MAM

Reporting Period beginning 11/01/2020 and ending 11/30/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    Bank of America                               BRANCH:

ACCOUNT NAME:   Hals Realty Associates LP                      ACCOUNT NUMBER:    0435

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 548,873.22 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 548,873.22  **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____


**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
    ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:        **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

NAME OF BANK:                **Bank of America**                    BRANCH:

ACCOUNT NAME:              **Hals Realty Associates LP**

ACCOUNT NUMBER:         **0435**

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
| TOTAL |            |       |         | $        - |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

 Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    **City National bank**                          BRANCH:    _____

ACCOUNT NAME:    Hals Realty Associates LP                    ACCOUNT NUMBER:    _____ 1273

PURPOSE OF ACCOUNT:    _____

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 1,117,338.35 |
| Plus Total Amount of Outstanding Deposits | $ | 26,280.83 |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 1,143,619.18  **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:                    **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

NAME OF BANK:          **City National bank**                    BRANCH:                    _____

ACCOUNT NAME:          **Hals Realty Associates LP**          _____

ACCOUNT NUMBER:          **1273**          _____

PURPOSE OF ACCOUNT:          _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| 11/16/2020 | | City National Bank | Bank Fees | 69.87 |
| 11/19/2020 | | Fla Dept Revenue | Sales Taxes | 7,404.73 |
| 11/19/2020 | 1011 | Bank of America | Mortgage | 32,100.00 |
| 11/27/2020 | 1012 | Tax Collector, Palm Beach County | Property Taxes | 58,483.33 |
| 11/27/2020 | 1013 | Tax Collector, Palm Beach County | Property Taxes | 128,774.56 |
| 11/27/2020 | 1014 | Tax Collector, Palm Beach County | Property Taxes | 177,205.98 |
| TOTAL | | | | $  404,038.47 |

**ATTACHMENT 4D**

**INVESTMENTS ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements. *(Note 1)*

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| CD - FCB xx6965 | $            - | $            - | | $          61,759.84 |
| CD - IB xx6865 | | | | 968,527.84 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $       1,030,287.68  (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/ Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | $            - | $            - | $            - |
| | | | |
| | | | |
| **TOTAL** | | $            -  (b) | |

**For any Petty Cash Disbursement over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $          1,030,287.68  (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Note 1:** Account statements were not made available.  The reported account value is as of September 30, 2020.

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                              $          -

MOR 11

ATTACHMENT 7

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

| Name of Debtor: | Hals Realty Associates LP | Case Number: | 20-13103-MAM |
|---|---|---|---|

Reporting Period beginning 11/01/2020 and ending 11/30/2020

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Westchester Fire Insurance Co | 561-622-2550 | D42248976002 | Property | 02/01/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151026975 | Flood | 10/14/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261809 | Flood | 08/15/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261808 | Flood | 08/15/21 | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Name of the Debtor:   **Hals Realty Associates LP**                    Case Number:   **20-13103-MAM**

Reporting Period beginning 11/01/2020 and ending 11/30/2020

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (*attach closing statement* ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.

Attach any relevant documents.




**BANK OF AMERICA**
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

ꜰ 1.800.878.7878

☐ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

AJ 1209 0  600 504          06605 #@01 AV 0.389

HALS REALTY ASSOCIATES LP
DEBTOR IN POSSESSION CASE
NO 20-13103-MAM ACCOUNT
411 S COUNTY RD STE 201
PALM BEACH, FL  33480-6714

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Checking

for November 1, 2020 to November 30, 2020          Account number⬛⬛⬛0435

**HALS REALTY ASSOCIATES LP     DEBTOR IN POSSESSION CASE     NO 20-13103-MAM ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2020 | $548,873.22 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 1 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $548,873.22 |
| **Ending balance on November 30, 2020** | **$548,873.22** | ¹Includes checks paid,deposited items&other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

PULL: E  CYCLE: 53  SPEC: O  DELIVERY: P  TYPE:   IMAGE: I  BC: JAX

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

**Your checking account**



 **BANK OF AMERICA**

PRIVATE BANK

HALS REALTY ASSOCIATES LP  |  Account # ▮▮▮▮▮ 0435  |  November 1, 2020 to November 30, 2020

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 11/01 | 548,873.22 |

This page intentionally left **blank**



## Important Messages - Please Read
We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**The information shown below lists changes that may apply to your Small Business checking and savings accounts and when these changes will become effective. You will also see some changes to the options you have to avoid the Monthly Fee on your accounts.**

| Account Changes | Effective Date | What to Expect After the Changes Become Effective |
|---|---|---|
| **Business Advantage Checking will become Business Advantage Relationship Banking.** | February 19, 2021 | You will see the new name on your statements, in Mobile Banking and in Business Advantage 360, our small business online banking. |
| **Business Advantage Relationship Banking**<br><br>The Monthly Fee of $29.95 will no longer be waived based on:<br>• $15,000 average monthly balance.<br>• Active payroll services usage with Intuit (Footnote 1) or ADP Payroll Services (Footnote 2) beginning December 1, 2020.<br>• Spend $2,500 in new net purchases on a linked business credit card.<br>• Active Merchant Services with Bank of America account linked to a Bank of America settlement account beginning January 1, 2021. | Account statement cycles on or after January 30, 2021 | To avoid the Monthly Fee, meet any ONE of the following requirements during each statement cycle:<br>• Maintain a combined average monthly balance of $15,000 or more in your linked Bank of America business deposit accounts. Previously, the combined average monthly balance requirement was $35,000.<br>• Qualify for and enroll in Preferred Rewards for Business (Footnote 3) (first 4 checking accounts per enrolled business).<br><br>Please review the Business Schedule of Fees for the state in which you opened your account for additional details about the ways to avoid the Monthly Fee at: bankofamerica.com/businessfeesataglance. |
| **Business Fundamentals Checking will become Business Advantage Fundamentals Banking.** | February 19, 2021 | You will see the new name on your statements, in Mobile Banking and in Business Advantage 360, our small business online banking. |
| **Business Advantage Fundamentals Banking**<br><br>Monthly Fee will be $16 in all states. (Previously the monthly fee varied by state).<br><br>The Monthly Fee will no longer be waived based on:<br>• $3,000 minimum daily balance.<br>• $5,000 average monthly balance.<br>• Spend $250 or more in new net purchases on a linked business credit card. | Account statement cycles on or after January 30, 2021 | Depending on the state in which your account was opened, the $16 Monthly Fee may be a decrease, increase or remain unchanged.<br><br>To avoid the Monthly Fee, meet any ONE of the following requirements during each statement cycle:<br>• Maintain a combined average monthly balance of $5,000 or more in your linked Bank of America deposit accounts. Previously the combined average monthly balance requirement was $15,000.<br>• Spend $250 or more in new net purchases on a linked business debit card.<br>• Qualify for and enroll in Preferred Rewards for Business (first 4 checking accounts per enrolled business).<br><br>Please review the Business Schedule of Fees for the state in which you opened your account for additional details about the ways to avoid the Monthly Fee at: bankofamerica.com/businessfeesataglance. |
| **Business Investment Account**<br><br>The Monthly Fee of $5 will no longer be waived by being linked and included in a Business Advantage Fundamentals Banking relationship. | February 19, 2021 | If you already have a Business Investment Account linked and included in your Business Advantage Fundamentals Banking relationship before February 19, 2021, it will remain and will not receive a Monthly Fee while included.<br><br>Note: Business Investment Accounts can be linked to your Business Advantage Fundamentals Banking relationship to help meet the combined balance requirement to avoid the Monthly Fee on the Business Advantage Fundamentals account. |

Continued on next page

| | | |
|---|---|---|
| **Excess Transactions Fee and Deposited Item Fee**<br><br>These fees will no longer apply to deposits made using Remote Deposit Online, Mobile Check Deposit, or at a Bank of America ATM. | Account statement cycles on or after January 30, 2021 | For more information about any fees that may apply to business accounts, review the Business Schedule of Fees for the state in which you opened your account at bankofamerica.com/businessfeesataglance. |
| **Business Advantage Savings**<br><br>The Monthly Fee is decreasing from $15 to $10. | Account statement cycles on or after January 30, 2021 | To avoid the Monthly Fee, meet any ONE of the following requirements during each statement cycle:<br>• Maintain a minimum daily balance of $2,500 or more in your account. Previously, the minimum daily balance was $5,000.<br>• Include in your Business Advantage Relationship Banking solution (one per checking solution).<br>• Qualify for and enroll in Preferred Rewards for Business (first 4 savings accounts, per enrolled business). |

**We are here to help**

If you have any questions regarding this notice, please contact Private Bank Client Services at 800.878.7878 or a member of your Bank of America Private Bank relationship team.

Please let us know if you have any questions about these changes or would like to discuss how you may be able to reduce or waive some of these fees by converting your account to another account type. You can stop by a financial center, make an appointment at bankofamerica.com/bizappointment, or give us a call at the number listed on this statement.

Footnotes are spelled out so the text can be translated by vision disability screen reader programs.

Footnote 1 Intuit and the Intuit logo are registered trademarks of Intuit Inc., used under license.
Bank of America does not deliver and is not responsible for the products, services or performance of Intuit Inc. Internet access may be required. Internet service provider fees may apply. Other bank fees may apply. See the Business Schedule of Fees available at bankofamerica.com/businessfeesataglance for details.
Bank of America and/or its affiliates or service providers may receive compensation from third parties for clients' use of their services.

Footnote 2 ADP and the ADP logo are registered trademarks of ADP, LLC, used under license.
Bank of America does not deliver and is not responsible for the products, services or performance of ADP, LLC. Internet access may be required. Internet service provider fees may apply. Other bank fees may apply. See the Business Schedule of Fees available at bankofamerica.com/businessfeesataglance for details.
Bank of America and/or its affiliates or service providers may receive compensation from third parties for clients' use of their services.

Footnote 3 The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Other categories of clients, such as those commonly referred to as Business Banking, Global Commercial Banking, Global Corporate Investment Banking, or Institutional clients are not eligible to participate in the program. Subject to certain exceptions, eligible business checking accounts generally are any Small Business checking account and the following Analyzed checking accounts: Full Analysis Business Checking or Analyzed Business Interest Checking. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i): your average daily balance for a three calendar month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one day within thirty days of opening that account. Refer to your Business Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Bank of America Private Bank® Small Business clients are automatically enrolled in the program at the Platinum Honors tier as long as you maintain your Bank of America Private Bank® relationship. Once you are no longer a client of the Private Bank, your enrollment in Preferred Rewards for Business will end and the benefits from enrollment will no longer be provided. You can continue to receive Preferred Rewards for Business benefits if you are eligible for the program and you take action to enroll. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements.



# IBERIABANK

**STATEMENT OF ACCOUNT**

Date 11/30/20                    Page 1 of 2



T74 P3 5DGS33401 B2 120246-1-15-1 - 28615


028615

HALS REALTY ASSOCIATES
C/O WALKING STREETS
PO BOX 2528
PALM BEACH FL 33480

 

**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

**24-hr Online Banking**
iberiabank.com

## FREE BUSINESS CHECKING

| | | |
|---|---|---|
| Previous Balance | 84,408.85 | |
| 1 Deposits/Credits | 70,412.87 | |
| Checks/Debits | .00 | |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 154,821.72 | |

**ACCOUNT NUMBER ******6243**

| | |
|---|---|
| Statement Dates | 11/02/20 thru 11/30/20 |
| Days this Statement Period | 29 |
| Average Ledger Balance | 103,833.09 |
| Average Collected Balance | 103,833.09 |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/23 | PAYMENT   JPMORGAN CHASE B | 70,412.87 |
| | CCD   HALS REALTY ASSOCIATES | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/02 | 84,408.85 | 11/23 | 154,821.72 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                      $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                $ _____

## TOTAL                                $ _____

## SUBTRACT—

CHECKS OUTSTANDING                      $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7259, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

# City National Bank
**Bci** FINANCIAL GROUP





Page:
Account:

1 of 2
XXXXXXX1273

P:55699 / T: / S:



HALS REALTY ASSOCIATES LIMITED PARTNER
SHIP BANKRUPTCY DEBTOR IN POSSESSION
MICHAEL I GOLDBERG
CASE NO:20-13103-MAM
350 E LAS OLAS BLVD STE 1600
FT LAUDERDALE FL 33301-4247



## Client Service

**Online**
citynational.com

**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
Private Client Group
P.O. Box 025620
Miami, FL 33102-5620

**Telephone**
305-577-7336
800-435-8839

**Your Banking Center Hours**
Lobby:     Monday - Friday:     8:30am - 5:00pm

For additional locations
and hours, please visit
citynational.com

 Member **FDIC**

 EQUAL HOUSING LENDER

## Bankruptcy

## Account Summary

| Account: | XXXXXXX1273 | Beginning Balance: | $1,460,361.75 |
|---|---|---|---|
| Last Statement: | October 30, 2020 | Ending Balance: | $1,117,338.35 |
| This Statement: | November 30, 2020 | Average Ledger Balance: | $1,451,150.35 |
| | | Low Balance: | $1,117,338.35 |

## Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 10-30 | Beginning balance | | | 1,460,361.75 |
| 11-04 | Deposit | 26,280.83 | | 1,486,642.58 |
| 11-04 | Tourneau Payables 014573 | 34,734.24 | | 1,521,376.82 |
| 11-16 | Monthly Service Fee | | 69.87 | 1,521,306.95 |
| 11-19 | Fla Dept Revenue C01 171250867 | | 7,404.73 | 1,513,902.22 |
| 11-19 | Check # 1011 | | 32,100.00 | 1,481,802.22 |
| 11-27 | Check # 1012 | | 58,483.33 | 1,423,318.89 |
| 11-27 | Check # 1013 | | 128,774.56 | 1,294,544.33 |
| 11-27 | Check # 1014 | | 177,205.98 | 1,117,338.35 |
| 11-30 | Ending totals | 61,015.07 | 404,038.47 | 1,117,338.35 |

## Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1011 | 11-19 | 32,100.00 | 1013 | 11-27 | 128,774.56 |
| 1012 | 11-27 | 58,483.33 | 1014 | 11-27 | 177,205.98 |

* Skip In Check Sequence

Continued on the next page

# Send Money with Zelle®

 **FAST**
Send and receive money typically in minutes[1]

 **SAFE**
Send money using only an email address or U.S. mobile phone number

 **EASY**
Just log in to your online or mobile bank account

**www.citynational.com/zelle**


City National Bank
**Bci** FINANCIAL GROUP

together with **Zelle**

[1]Transactions typically occur in minutes when the recipient's email address or U.S. mobile number is already enrolled with Zelle.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license. Terms and conditions apply.

**LOG IN TO GET STARTED**

**Join us on social media!**


# Holiday Greetings!

Wishing you a happy holiday season as we look forward to a new year together.

