# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

IN RE:                                    20-13103-MAM

**Hals Realty Associates LP**            JUDGE:    **Mindy A. Mora**
**DEBTOR.**

                                          CHAPTER 11

## CHAPTER 11 TRUSTEE'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

### FOR THE PERIOD

### FROM 01/01/2021 TO 01/31/2021

Comes now Michael Goldberg, as Chapter 11 Trustee of the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Debtor and FRBP 2015.

Trustee's Address:                        /s/ Eyal Berger

Michael Goldberg, Trustee for Hals        Attorney for Trustee's Signature
Associates LP

201 East Las Olas Blvd.
Suite 1800                                Attorney's Address and Phone Number
Fort Lauderdale, FL 33301                 Eyal Berger
954-463-2700                              Akerman LLP
                                          201 E Las Olas Blvd, Suite 1800
                                          Fort Lauderdale, FL 33301
                                          954-463-2700

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Debtor Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Debtor Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**FOR THE PERIOD BEGINNING 01/01/2021 AND ENDING 01/31/2021**

Name of Debtor: **Hals Realty Associates LP**  Case Number: **20-13103-MAM**
Date of Petition: 3/5/2020

| | | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | | 2,971,912.38 | (a) | $ 2,141,208.54 | (b) |
| 2. | **RECEIPTS:** | | | | | |
| | A. | Revenue | 131,427.94 | | 1,340,115.15 | |
| | | Net Cash Sales | 131,427.94 | | 1,340,115.15 | |
| | B. | Accounts Receivable | - | | - | |
| | C. | Other Receipts (See MOR-3) | 20,981,747.13 | | 21,408,501.72 | |
| | | (If you receive rental income, you must attach rent roll.) | | | | |
| 3. | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | | 21,113,175.07 | | 22,748,616.87 | |
| 4. | **TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | | 24,085,087.45 | | 24,889,825.41 | |
| 5. | **DISBURSEMENTS** | | | | | |
| | A. | Advertising | - | | - | |
| | B. | Bank Charges | 4.02 | | 303.38 | |
| | C. | Contract Labor | - | | - | |
| | D. | Fixed Asset Payments (not incl. in "N") | - | | - | |
| | E. | Insurance | - | | 27,747.00 | |
| | F. | Inventory Payments | - | | - | |
| | G. | Leases | - | | - | |
| | H. | Manufacturing Supplies | - | | - | |
| | I. | Office Supplies | - | | - | |
| | J. | Payroll | - | | - | |
| | K. | Professional Fees (Accounting & Legal) | 342,231.09 | | 342,231.09 | |
| | L. | Rent | - | | - | |
| | M. | Repairs & Maintenance | - | | 640.00 | |
| | N. | Secured Creditor Payments (See Attach. 2) | 17,055,846.05 | | 17,357,229.39 | |
| | O. | Taxes Paid - Payroll | - | | - | |
| | P. | Taxes Paid - Sales & Use | 7,404.73 | | 76,408.08 | |
| | Q. | Taxes & Licenses | - | | 364,463.87 | |
| | R. | Telephone & Internet | - | | - | |
| | S. | Travel & Entertainment | - | | - | |
| | Y. | U.S. Trustee Quarterly Fees | 4,875.00 | | 7,475.73 | |
| | U. | Utilities | - | | - | |
| | V. | Other Business Expense | - | | 136.42 | |
| | W. | Other Disbursements (See MOR-3) | - | | 38,463.89 | |
| 6. | **TOTAL DISBURSEMENTS (Sum of 5A thru W)** | | 17,410,360.89 | | 18,215,098.85 | |
| 7. | **ENDING BALANCE (Line 4 Minus Line 6)** | | $ 6,674,726.56 | (c) | $ 6,674,726.56 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of February 2021

Michael Goldberg, as Chapter 11 Trustee

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Love Realty Walking Street LLC | $ - | $ 38,463.89 |
| Hal Realty (DB #4546) | - | 95,370.32 |
| Furr Cohen - Debtor's funds held in trust | - | 287,825.40 |
| Interest Income from CDs | 824.97 | 5,919.95 |
| First Equity Abstract | 1,050,000.00 | 1,050,000.00 |
| PB Worth Partners, LLC | 19,930,922.16 | 19,930,922.16 |
|  | - |  |
|  | - | - |
|  | - | - |
| **TOTAL OTHER RECEIPTS** | $ 20,981,747.13 | $ 21,408,501.72 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.) Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| - |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Love Realty Walking Street LLC | - | 38,463.89 |
|  | - | - |
|  | - | - |
|  | - | - |
|  | - | - |
|  | - | - |
|  | - | - |
| **TOTAL OTHER DISBURSEMENTS** | $ | $ 38,463.89 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement. \*\***

**\*\*The Trustee is maintaining the books and records on a cash basis, therefore there is no balance sheet and the income statement reflects the receipts and disbursements per the MOR**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:     **Hals Realty Associates LP**          Case Number:     **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

ACCOUNTS RECEIVABLE AT PETITION DATE:          N/A

### ACCOUNTS RECEIVABLE RECONCILIATION

(include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $ 152,373 | (a) |
| PLUS: Current Month New Billings | $ - | |
| MINUS: Collections During the Month | $ - | (b) |
| PLUS/MINUS: Adjustments of Write-offs | $ - | * |
| End of Month Balance | $ 152,373 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ - | $ - | $ - | $ 152,373 | $ 152,373 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Tourneau | 2/18/2020 | Tenant remitting partial paymemt. due to Covid-19 |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **Hals Realty Associates LP**                Case Number: **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount | |
|---|---|---|---|---|---|
| | | | | $ | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| TOTAL AMOUNT | | | | $ | - (b) |

☐ Check here is pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):**

| | | |
|---|---|---|
| Opening balance | $ - | (a) |
| PLUS: New Indebtedness Incurred This Month | $ - | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ - | |
| PLUS/MINUS: Adjustments | $ - | * |
| Ending Month Balance | $ - | (c) |

*For any adjustments provided explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Bank of America | | 3,392,751.63 | 0 | |
| S.M.S. | | 13,663,094.42 | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ 17,055,846.05 (d) | | |

(a) This number is carried from last month's report. For the first report only, this number will be zero.
(b,c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSET REPORT**

Name of Debtor:  **Hals Realty Associates LP**          Case Number:  **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:                    **N/A**
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | - (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 100.00% | 0.00% | 0.00% | 0.00% = | 100% * |

*Aging Percentages must equal 100%
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION  DATE:           **N/A**     (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 649,839  (a)(b) |
| MINUS: Depreciation Expense | $ | - |
| PLUS: New purchases | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Ending Monthly Balance | $ | 649,839 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    Iberia Bank                                    BRANCH:

ACCOUNT NAME:   Hals Realty Associates                         ACCOUNT NUMBER:  6243

PURPOSE OF ACCOUNT:

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 295,647.46 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 295,647.46 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP** _____ Case Number: ____ **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

NAME OF BANK:          Iberia Bank _____      BRANCH:        _____

ACCOUNT NAME:        Hals Realty Associates _____

ACCOUNT NUMBER:      _____ 6243

PURPOSE OF ACCOUNT:  _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $    - |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY**

Name of Debtor:  <u>Hals Realty Associates LP</u>                    Case Number:      <u>20-13103-MAM</u>

Reporting Period beginning 01/01/2021 and ending 01/31/2021

 Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   <u>City National bank</u>                    BRANCH:      <u>                    </u>

ACCOUNT NAME:  <u>Hals Realty Associates LP</u>                ACCOUNT NUMBER:      <u>        1273</u>

PURPOSE OF ACCOUNT:         <u>                    </u>

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 5,319,267.95 |
| Plus Total Amount of Outstanding Deposits | $ | 26,280.83 |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 5,345,548.78  **(a) |

*Debit cards are used by <u>                                        </u>

**If Closing Balance is negative, provide explanation:<u>                          </u>

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
   (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER**

Name of Debtor:  **Hals Realty Associates LP**                    Case Number:          **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

NAME OF BANK:          **City National bank**                    BRANCH:

ACCOUNT NAME:          **Hals Realty Associates LP**

ACCOUNT NUMBER:          **1273**

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/15/2021 | | City National Bank | Bank Charges | 4.02 |
| 1/20/2021 | | U.S. Trustee | U.S. Trustee Quarterly Fees | 4,875.00 |
| 1/20/2021 | | Fla Dept Revenue | Sales Tax | 7,404.73 |
| 1/20/2021 | 1020 | Furr and Cohen, PA | Professional Fees | 52,862.29 |
| 1/20/2021 | 1021 | Liebler, Gonzalez & Portuondo Trust Acct | Professional Fees | 66,531.31 |
| 1/20/2021 | 1017 | 1st Equity National Title Closing Svcs | Professional Fees | 205,337.49 |
| 1/21/2021 | 1019 | Bullard Law Group, PLLC | Professional Fees | 17,500.00 |
| 1/21/2021 | 1022 | S.M.S. CO | Creditor | 13,663,094.42 |
| 1/25/2021 | 1018 | Bank of America | Mortgage payoff | 3,392,751.63 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 17,410,360.89 |

**ATTACHMENT 4D**

**INVESTMENTS ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements. *(Note 1)*

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| CD - FCB xx6965 | $        - | $        - | | $        61,759.84 |
| CD - IB xx6865 | | | | 971,770.48 |
| | | | | |
| | | | | |
| TOTAL | | | | $    1,033,530.32 (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/ Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | $        - | $        - | $        - |
| | | | |
| | | | |
| TOTAL | | $        - | (b) |

**For any Petty Cash Disbursement over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $    1,033,530.32 (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Note 1:** Account statements were not made available.  The reported account value is as of September 30, 2020.

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:    **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                          $        -

ATTACHMENT 7

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: **Hals Realty Associates LP**          Case Number:          **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Westchester Fire Insurance Co | 561-622-2550 | D42248976002 | Property | 02/01/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151026975 | Flood | 10/14/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261809 | Flood | 08/15/21 | N/A |
| Wright National Flood Ins Co | 1-800-820-3242 | 1151261808 | Flood | 08/15/21 | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Name of the Debtor:    **Hals Realty Associates LP**                    Case Number:    **20-13103-MAM**

Reporting Period beginning 01/01/2021 and ending 01/31/2021

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (***attach closing statement*** ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.

Attach any relevant documents.

On 01/13/21, the sale of the Debtor's commerical real property to Rhinebeck Realty LLC closed.



P:60184 / T: / S:

HALS REALTY ASSOCIATES LIMITED PARTNER
SHIP BANKRUPTCY DEBTOR IN POSSESSION
MICHAEL I GOLDBERG
CASE NO:20-13103-MAM
350 E LAS OLAS BLVD STE 1600
FT LAUDERDALE FL 33301-4247

| | |
|---|---|
| Page: | 1 of 3 |
| Account: | XXXXXXX1273 |

**Client Service**

 **Online**
citynational.com

 **Your Banking Center**
Private Client Group
P.O. Box 025620
Miami, FL 33102-5620

**CityTel**
1-800-762-CITY (2489)

 **Telephone**
305-577-7336
800-435-8839

 **Your Banking Center Hours**
Lobby:    Monday - Friday:    8:30am - 5:00pm

For additional locations
and hours, please visit
citynational.com

 Member FDIC

 EQUAL HOUSING LENDER

## Bankruptcy

## Account Summary

| Account: | XXXXXXX1273 | Beginning Balance: | $1,687,691.61 |
|---|---|---|---|
| Last Statement: | December 31, 2020 | Ending Balance: | $5,319,267.95 |
| This Statement: | January 29, 2021 | Average Ledger Balance: | $8,397,474.41 |
| | | Low Balance: | $1,687,691.61 |

## Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | Beginning balance | | | 1,687,691.61 |
| 01-07 | Tourneau Payables 014573 | 34,734.24 | | 1,722,425.85 |
| 01-11 | Deposit | 26,280.83 | | 1,748,706.68 |
| 01-13 | Wire Transfer First Equity Abstract 02100002131Ft01 | 1,050,000.00 | | 2,798,706.68 |
| 01-14 | Wire Transfer Pb Worth Partners, Ll 02600959310Ft01 | 19,930,922.16 | | 22,729,628.84 |
| 01-15 | Monthly Service Fee | | 4.02 | 22,729,624.82 |
| 01-20 | Quarterly Fee Payment 0000 | | 4,875.00 | 22,724,749.82 |
| 01-20 | Fla Dept Revenue C01 197563447 | | 7,404.73 | 22,717,345.09 |
| 01-20 | Check # 1020 | | 52,862.29 | 22,664,482.80 |
| 01-20 | Check # 1021 | | 66,531.31 | 22,597,951.49 |
| 01-20 | Check # 1017 | | 205,337.49 | 22,392,614.00 |
| 01-21 | Check # 1019 | | 17,500.00 | 22,375,114.00 |
| 01-21 | Check # 1022 | | 13,663,094.42 | 8,712,019.58 |
| 01-25 | Check # 1018 | | 3,392,751.63 | 5,319,267.95 |
| 01-29 | Ending totals | 21,041,937.23 | 17,410,360.89 | 5,319,267.95 |

Continued on the next page

### Enhance your banking experience with Alexa.

With Amazon Alexa-enabled devices, you can enjoy voice-activated, hands-free banking in the privacy of your home or car. Call us at (305) 349-5490 for details.



Amazon, Alexa and all related logos are trademarks of Amazon .com, Inc. or its affiliates.

**Join us on social media!**



# ARE YOU PAYING TOO MUCH FOR YOUR MORTGAGE?

Mortgage interest rates are low and you may have an opportunity to reduce your monthly payment. Contact your banker for details or call 1-888-682-5932, option 4 from the main menu.

## Checks

| Number | Date | Amount | | Number | Date | Amount |
|--------|------|--------|---|--------|------|--------|
| 1017 | 01-20 | 205,337.49 | | 1020 | 01-20 | 52,862.29 |
| 1018 | 01-25 | 3,392,751.63 | | 1021 | 01-20 | 66,531.31 |
| 1019 | 01-21 | 17,500.00 | | 1022 | 01-21 | 13,663,094.42 |

* Skip In Check Sequence



Continued on the next page

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 1/29/21          Page 1 of 2

 ·ıı||ı¹|ıı¹|ıı·ıı|ıı¹||ı¹|ıı·ıı¹|ı|ıı¹|ıı¹|ıı·ı|ı|ı·ı|ı|ı
T37 P2 121172-1-14-1 - 10821

HALS REALTY ASSOCIATES
C/O WALKING STREETS
010821  PO BOX 2528
PALM BEACH FL 33480

 

**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

**24-hr Online Banking**
iberiabank.com


010821

---

**FREE BUSINESS CHECKING**

| | | ACCOUNT NUMBER *******6243 | |
|---|---:|---|---:|
| Previous Balance | 225,234.59 | Statement Dates | 1/01/21 thru 1/31/21 |
| 1 Deposits/Credits | 70,412.87 | Days this Statement Period | 31 |
| Checks/Debits | .00 | Average Ledger Balance | 250,219.80 |
| Service Charge | .00 | Average Collected Balance | 250,219.80 |
| Interest Paid | .00 | | |
| Current Balance | 295,647.46 | | |

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---:|
| 1/21 | PAYMENT   JPMORGAN CHASE B | 70,412.87 |
| | CCD   HALS REALTY ASSOCIATES | |

---

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| 1/01 | 225,234.59 | 1/21 | 295,647.46 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

000083

# IBERIABANK

Page 2 of 2

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE SHOWN
ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                  $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING            $ _____

## BALANCE                         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

---

**Member**
**FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.